## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CB HOLDING CORP., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-2288640 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 1820 CENTRAL PARK AVENUE | ) | Case No. 10-_____ (___) |
| RESTAURANT CORP., | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-1855151 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BUGABOO CREEK ACQUISITION, LLC, | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-8404629 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BUGABOO CREEK HOLDINGS, INC., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 52-2050966 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BUGABOO CREEK OF SEEKONK, INC., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 04-3181669 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CB VII, INC., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3039120 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CB VIII, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3481468 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN NORTH, | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-1916721 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S ACQUISITION CORP., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3948367 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S AT CLIFTON, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3567309 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S MARK CORP., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3923569 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S MONTCLAIR, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3314223 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLIE BROWN'S 1981, INC., | Case No. 10-____ (___) |
| Debtor. | |
| TAX I.D. No. 13-3437781 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF ALLENTOWN, L.L.C., | Case No. 10-____ (___) |
| Debtor. | |
| TAX I.D. No. 23-3048420 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF ALPHA, INC., | Case No. 10-____ (___) |
| Debtor. | |
| TAX I.D. No. 22-3609083 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF BERWYN, LLC, | Case No. 10-____ (___) |
| Debtor. | |
| TAX I.D. No. 20-0083347 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF BLACKWOOD, L.L.C., | Case No. 10-____ (___) |
| Debtor. | |
| TAX I.D. No. 22-3695698 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF BLOOMSBURG, LLC, | Case No. 10-____ (___) |
| Debtor. | |
| TAX I.D. No. 20-2983326 | |

3

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF BRIELLE, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 22-3588115 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF CARLSTADT, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 22-3676936 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF CHATHAM, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 13-3122452 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF COMMACK LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 20-0904851 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF DENVILLE, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 13-3411422 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF EAST WINDSOR, LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 20-0592747 | |

4

| | | |
|---|---|---|
| _____ ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| CHARLIE BROWN'S OF EDISON, INC., ) | Case No. 10-_____(___) | |
| ) | | |
| Debtor. ) | | |
| TAX I.D. No. 13-3218519 ) | | |
| ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| CHARLIE BROWN'S OF EGG HARBOR TWP, ) | Case No. 10-_____(___) | |
| LLC, ) | | |
| Debtor. ) | | |
| TAX I.D. No. ) | | |
| ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| CHARLIE BROWN'S OF FRANKLIN, LLC, ) | Case No. 10-_____(___) | |
| ) | | |
| Debtor. ) | | |
| TAX I.D. No. 20-1455232 ) | | |
| ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| CHARLIE BROWN'S OF GARDEN CITY, LLC, ) | Case No. 10-_____(___) | |
| ) | | |
| Debtor. ) | | |
| TAX I.D. No. 11-3587440 ) | | |
| ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| CHARLIE BROWN'S OF HACKETTSTOWN, ) | Case No. 10-_____(___) | |
| L.L.C., ) | | |
| Debtor. ) | | |
| TAX I.D. No. 22-3727493 ) | | |
| ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| CHARLIE BROWN'S OF HARRISBURG, LLC, ) | Case No. 10-_____(___) | |
| ) | | |
| Debtor. ) | | |
| TAX I.D. No. 20-3371085 ) | | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF HILLSBOROUGH, INC., | ) | Case No. 10-_____ (___) |
| Debtor. | ) | |
| TAX I.D. No. 13-3320344 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF HOLTSVILLE, LLC, | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-2710138 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF JACKSON, LLC, | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 26-0433478 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF LACEY, L.L.C., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3746282 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF LAKEWOOD, INC., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3400156 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF LANGHORNE, INC., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-0083392 | ) | |

6

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF LYNBROOK LLC, | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 56-2282772 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF MAPLE SHADE, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3180404 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF MATAWAN, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3148337 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF MIDDLETOWN LLC, | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 06-1627565 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF ORADELL, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3320348 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF PENNSYLVANIA, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 55-0836918 | ) | |

7

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF PISCATAWAY, LLC, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 20-2228285 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF READING, LLC, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 20-3371214 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF SCRANTON, LLC, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 20-2709817 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF SELINSGROVE, LLC, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 20-8396492 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF SPRINGFIELD, LLC, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 20-2709892 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF STATEN ISLAND, LLC, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 56-2301936 | |

8

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF TINTON FALLS, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 22-3546981 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF TOM'S RIVER, LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 20-0905492 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF UNION TOWNSHIP, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 13-3358910 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF TREXLERTOWN, LLC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 20-83696582 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF WAYNE, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 13-3954757 | |

9

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF WEST WINDSOR, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 13-3400159 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF WILLIAMSPORT LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 20-1478218 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF WOODBURY, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 13-3100601 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF YORK, LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 20-3370980 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF YORKTOWN, LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 13-4157855 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S RESTAURANT CORP., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 13-3437782 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLIE BROWN'S STEAKHOUSE FISHKILL, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 14-1819139 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S STEAKHOUSE WOODBRIDGE, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 22-3641906 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 22-1814776 | |
| In re: | Chapter 11 |
| JONATHAN SEAGULL PROPERTY CORP., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-3137248 | |
| In re: | Chapter 11 |
| JONATHAN SEAGULL, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-2739160 | |
| In re: | Chapter 11 |
| THE OFFICE AT BRIDGEWATER, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-3373132 | |

11

| | | |
|---|---|---|
| _____ ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| THE OFFICE AT CRANFORD, INC., ) | Case No. 10-_____ (___) | |
| ) | | |
| Debtor. ) | | |
| TAX I.D. No. 13-3373131 ) | | |
| ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| THE OFFICE AT KEYPORT, INC., ) | Case No. 10-_____ (___) | |
| ) | | |
| Debtor. ) | | |
| TAX I.D. No. 22-3551507 ) | | |
| ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| THE OFFICE AT MONTCLAIR, INC., ) | Case No. 10-_____ (___) | |
| ) | | |
| Debtor. ) | | |
| TAX I.D. No. 13-3373128 ) | | |
| ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| THE OFFICE AT MORRISTOWN, INC., ) | Case No. 10-_____ (___) | |
| ) | | |
| Debtor. ) | | |
| TAX I.D. No. 13-3373127 ) | | |
| ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| THE OFFICE AT RIDGEWOOD, INC., ) | Case No. 10-_____ (___) | |
| ) | | |
| Debtor. ) | | |
| TAX I.D. No. 13-3632949 ) | | |
| ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| THE OFFICE AT SUMMIT, INC., ) | Case No. 10-_____ (___) | |
| ) | | |
| Debtor. ) | | |
| TAX I.D. No. 13-3373126 ) | | |

12

In re:

WHAT'S YOUR BEEF V, INC.,

Debtor.

TAX I.D. No. 13-3294719

Chapter 11

Case No. 10-____(___)

## DEBTORS' MOTION FOR JOINT ADMINISTRATION

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned attorneys, hereby file this motion (the "Motion") for an order, pursuant to Bankruptcy Rule 1015(b), granting joint administration of their Chapter 11 cases for procedural purposes. In support of the relief requested in this Motion, the Debtors respectfully represent as follows:

### JURISDICTION

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicate for the relief requested herein is Bankruptcy Rule 1015(b).

### INTRODUCTION

2.    On November 17, 2010 (the "Petition Date"), the Debtors filed with this Court separate, voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors have sought an order directing that their Chapter 11 cases be jointly administered by this Court, and they have filed additional motions (some of which seek emergency relief) in the proposed lead case of CB Holding Corp.

3. The Debtors continue to manage their properties and operate their business as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108. No trustee, examiner, or official committee has been appointed in these cases.

The Debtors and Their Business

4. CB Holding Corp., a Delaware corporation, is the direct or indirect corporate parent of all of the other Debtors. All of CB Holding Corp.'s outstanding common and preferred stock is privately held.

5. The Debtors own and operate the *Charlie Brown's Steakhouse* ("Charlie Brown's"), *Bugaboo Creek Steak House* ("Bugaboo Creek"), and *The Office Beer Bar & Grill* ("The Office"). Charlie Brown's and Bugaboo Creek are steakhouses, offering their customers exceptional service, value, and fresh food, along with seasonal specialties, while The Office is more casual, offering over 60 bottled beers, seasonal draft beers, and classic pub appetizers and dining options.

6. There are currently 20 Charlie Brown's restaurants in New York, New Jersey, and Pennsylvania; 12 Bugaboo Creek restaurants in Massachusetts, Delaware, Maryland, New Hampshire, and Maine; and seven The Office restaurants in New Jersey. Shortly before the Petition Date, the Debtors closed 29 Charlie Brown's and 18 Bugaboo Creek restaurants.

7. The Debtors have approximately 185 full-timed salaried employees and more than 2,200 full-time and part-time hourly employees. None of the Debtors' employees are members of a union.

RLF1 3629846v 1

## Capital Structure

### Secured Debt

8.      On June 21, 2007, in connection with the acquisition of Bugaboo Creek by Charlie Brown's, the Debtors entered into a financing agreement with Ableco Finance LLC ("Ableco"); Wells Fargo Capital Finance, Inc. (f/k/a Wells Fargo Foothill, Inc.) ("Wells"); and GMAC Commercial Finance LLC (n/k/a Ally Commercial Finance LLC) ("Ally" and collectively with Wells and Ableco, the "Senior Secured Lenders"), providing for a revolving line of credit, under which the Debtors may borrow up to an aggregate amount equal to the lesser of $15 million and a defined borrowing base with a letter of credit sublimit, and two tranches of term loans, all of which are secured by liens on substantially all of the Debtors' assets. As of the Petition Date, the Debtors had approximately $70 million outstanding under this facility.[1]

9.      On September 28, 2008, the Debtors issued $10 million in senior subordinated second lien notes pursuant to a note purchase agreement to Trimaran Fund II, L.L.C.; Trimaran Parallel Fund II, L.P.; Trimaran Capital, L.L.C.; CIBC Employee Private Equity Fund (Trimaran) Partners; and CIBC Capital Corp. (collectively, the "Second Lien Lenders"). As of the Petition Date, approximately $14 million, including accrued and unpaid interest, was outstanding under these second lien notes.

### Mezzanine Debt

10.     Also as part of the Bugaboo Creek acquisition, on June 21, 2007, the Debtors issued $20 million in unsecured, senior subordinated notes pursuant to four note purchase

---

[1]    Specifically, the Debtors had approximately $6 million outstanding under the revolver, $12 million outstanding under Term Loan A, and $52 million outstanding under Term Loan B.

agreements to Kohlberg Capital Corporation; Archer Capital Master Fund, L.P.; Camofi Master LDC; Camhzn Master LDC; and Raven Credit Opp Master Fund Ltd. (collectively, the "Subordinated Lenders"). As of the Petition Date, the Debtors had approximately $30 million of mezzanine debt obligations, including accrued and unpaid interest, outstanding to the Subordinated Lenders.

Circumstances Leading to Filing

11.     A variety of external factors have led to a decline in the Debtors' revenue over the last several years, at the same time that costs have increased. For instance, the restaurant industry has grown more competitive, the fast-food industry has improved their product offerings and increased its market share to the detriment of casual dining restaurants, such as the Debtors, and consumers have changed their ordering habits. In addition, the "Great Recession" has led to a decline in discretionary spending among the Debtors' former and current customers, and fewer families are frequenting restaurants while food and labor costs have increased, compounding the Debtors' distress.

12.     Accordingly, for some time, the Debtors have been in discussions with their lenders and other parties regarding a financial restructuring, and they have entered into several amendments to their various credit and related facilities, but the Debtors' need for additional liquidity has not been resolved, and the economy has not improved. At this time, the only party willing to provide the Debtors with any funding is Ally, which has informed the Debtors that it is only willing to do so as a DIP loan in Chapter 11 cases where the Debtors market their assets in anticipation of a global asset sale.

RLFI 3629846v 1

13. Thus, in an effort to maximize their value, the Debtors have entered into a DIP arrangement with Ally, and along with other first-day motions designed to ensure a smooth transition into Chapter 11, the Debtors intend to file a motion to approve a DIP financing arrangement and to attempt to sell substantially all of their assets expeditiously pursuant to Bankruptcy Code § 363.

## RELIEF REQUESTED

14. The Debtors hereby seek the joint administration of their Chapter 11 cases, for procedural purposes only, pursuant to Bankruptcy Rule 1015(b). This is not a request for substantive consolidation.

15. The Debtors propose that these cases be jointly administered in the name of CB Holding Corp., because its case was filed first and because it is the direct or indirect corporate parent of all of the other Debtors. The Debtors propose that the caption of their jointly-administered Chapter 11 cases be as follows:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CB HOLDING CORP., et al.,[2] | ) | Case No. 10-_____ ( ) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

16.     The Debtors further propose that a docket entry be made in each of the above-captioned cases substantially as follows[3]:

---

[2]     The other Debtors, and the last four digits of each of their tax identification numbers, are: 1820 Central Park Avenue Restaurant Corp. (5151); Bugaboo Creek Acquisition, LLC (4629); Bugaboo Creek Holdings, Inc. (0966); Bugaboo Creek of Seekonk, Inc. (1669); CB Holding Corp. (8640); CB VII, Inc. (9120); CB VIII, Inc. (1468); Charlie Brown North (6721); Charlie Brown's Acquisition Corp. (8367); Charlie Brown's at Clifton, Inc. (7309); Charlie Brown's Mark Corp. (3569); Charlie Brown's Montclair, Inc. (4223); Charlie Brown's 1981, Inc. (7781); Charlie Brown's of Allentown, L.L.C. (8420); Charlie Brown's of Alpha, Inc. (9083); Charlie Brown's of Berwyn, LLC (3347); Charlie Brown's of Blackwood, L.L.C. (5698); Charlie Brown's of Bloomsburg, LLC (3326); Charlie Brown's of Brielle, Inc. (8115); Charlie Brown's of Carlstadt, Inc. (6936); Charlie Brown's of Chatham, Inc. (2452); Charlie Brown's of Commack LLC (4851); Charlie Brown's of Denville, Inc. (1422); Charlie Brown's of East Windsor, LLC (2747); Charlie Brown's of Edison, Inc. (8519); Charlie Brown's of Egg Harbor Twp, LLC (none); Charlie Brown's of Franklin, LLC (5232); Charlie Brown's of Garden City, LLC (7440); Charlie Brown's of Hackettstown, L.L.C. (7493); Charlie Brown's of Harrisburg, LLC (1085); Charlie Brown's of Hillsborough, Inc. (0344); Charlie Brown's of Holtsville, LLC (0138); Charlie Brown's of Jackson, LLC (3478); Charlie Brown's of Lacey, L.L.C. (6282); Charlie Brown's of Lakewood, Inc. (0156); Charlie Brown's of Langhorne, LLC (3392); Charlie Brown's of Lynbrook LLC (2772); Charlie Brown's of Maple Shade, Inc. (0404); Charlie Brown's of Matawan, Inc. (8337); Charlie Brown's of Middletown LLC (7565); Charlie Brown's of Oradell, Inc. (0348); Charlie Brown's of Pennsylvania, Inc. (6918); Charlie Brown's of Piscataway, LLC (8285); Charlie Brown's of Reading, LLC (1214); Charlie Brown's of Scranton, LLC (9817); Charlie Brown's of Selinsgrove, LLC (6492); Charlie Brown's of Springfield, LLC (9892); Charlie Brown's of Staten Island, LLC (1936); Charlie Brown's of Tinton Falls, Inc. (6981); Charlie Brown's of Toms River, LLC (5492); Charlie Brown's of Union Township, Inc. (8910); Charlie Brown's of Trexlertown, LLC (6582); Charlie Brown's of Wayne, Inc. (4757); Charlie Brown's of West Windsor, Inc. (0159); Charlie Brown's of Williamsport LLC (8218); Charlie Brown's of Woodbury, Inc. (0601); Charlie Brown's of York, LLC (0980); Charlie Brown's of Yorktown, LLC (7855); Charlie Brown's Restaurant Corp. (7782); Charlie Brown's Steakhouse Fishkill, Inc. (9139); Charlie Brown's Steakhouse Woodbridge, Inc. (1906); Charlie Brown's, Inc. (4776); Jonathan Seagull Property Corp. (7248); Jonathan Seagull, Inc. (9160); The Office at Bridgewater, Inc. (3132); The Office at Cranford, Inc. (3131); The Office at Keyport, Inc. (1507); The Office at Montclair, Inc. (3128); The Office at Morristown, Inc. (3127); The Office at Ridgewood, Inc. (2949); The Office at Summit, Inc. (3126); and What's Your Beef V, Inc. (4719)

An order has been entered in this case directing joint administration of this case for procedural purposes with the Chapter 11 bankruptcy case of CB Holding Corp., Case No. 10-____ (____). The docket for CB Holding Corp. should be consulted for all matters affecting this case.

## BASIS FOR RELIEF REQUESTED

17.    Bankruptcy Rule 1015(b) authorizes this Court to order the joint administration of the bankruptcy cases of a debtor and its affiliates. The Debtors are "affiliates," as such term is defined in Bankruptcy Code § 101(2), and accordingly, this Court is authorized to grant the relief requested herein.

18.    The Debtors anticipate that during the course of these cases, it will be necessary to file numerous motions and applications, as well as other pleadings and documents, seeking relief on behalf of all of the Debtors. The Debtors respectfully submit that joint administration of their Chapter 11 cases is in the best interests of their estates, creditors, and other parties-in-interest and will further the interests of judicial economy and administrative expediency by, among other things, obviating the need to file duplicate motions, enter duplicate orders, and to forward duplicate notices to creditors and other parties-in-interest, which would result in unnecessary costs and expenses that would have to be paid by the Debtors' estates.

## NOTICE

19.    Notice of this Motion has been given via overnight delivery service, e-mail, facsimile, telephone, and/or hand delivery, as appropriate, to the United States Trustee, the 20 largest unsecured non-insider creditors of the Debtors on a consolidated basis, the Senior Secured Lenders, the Second Lien Lenders, the Subordinated Lenders, the Debtors' equity sponsor, the

---

[3]    The Debtors have only filed this Motion, and not any other motions, in all of their cases. The Debtors submit that all orders approving motions and applications filed prior to the approval of this Motion apply to all cases as if each were specifically approved in all such cases.

United States Attorney's Office for the District of Delaware, the United States Attorney General, and the Internal Revenue Service. The Debtors submit that no other or further notice of this Motion is required. As this Motion is seeking first-day relief, notice hereof and of any order entered hereon will be served in accordance with Local Bankruptcy Rule 9013-1(m). Due to the urgency of the circumstances, the Debtors submit that no other or further notice of this Motion is required.

## NO PRIOR APPLICATION

20. No previous request for the relief sought in this Motion has been made to this or to any other Court.

RLF1 3629846v 1

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, granting the relief requested herein and such other and further relief as may be just and proper under the circumstances.

Dated: November 18, 2010
       Wilmington, Delaware

Respectfully submitted,

_____

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Julie Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

Joel H. Levitin
Richard A. Stieglitz Jr.
Maya Peleg
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York  10005
Telephone:  (212) 701-3000
Facsimile:  (212) 269-5420

*Proposed Attorneys for the Debtors and
Debtors-in-Possession*

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CB HOLDING CORP., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-2288640 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 1820 CENTRAL PARK AVENUE | ) | Case No. 10-_____ (___) |
| RESTAURANT CORP., | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-1855151 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BUGABOO CREEK ACQUISITION, LLC, | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-8404629 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BUGABOO CREEK HOLDINGS, INC., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 52-2050966 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BUGABOO CREEK OF SEEKONK, INC., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 04-3181669 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CB VII, INC., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3039120 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| CB VIII, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-3481468 | |
| In re: | Chapter 11 |
| CHARLIE BROWN NORTH, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 22-1916721 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S ACQUISITION CORP., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-3948367 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S AT CLIFTON, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 22-3567309 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S MARK CORP., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-3923569 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S MONTCLAIR, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-3314223 | |

2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S 1981, INC., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3437781 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF ALLENTOWN, L.L.C., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 23-3048420 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF ALPHA, INC., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3609083 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF BERWYN, LLC, | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-0083347 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF BLACKWOOD, L.L.C., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3695698 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF BLOOMSBURG, LLC, | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-2983326 | ) | |

3

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF BRIELLE, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3588115 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF CARLSTADT, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3676936 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF CHATHAM, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3122452 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF COMMACK LLC, | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-0904851 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF DENVILLE, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3411422 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF EAST WINDSOR, LLC, | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-0592747 | ) | |

4

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF EDISON, INC., | ) | Case No. 10-____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3218519 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF EGG HARBOR TWP, LLC, | ) | Case No. 10-____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF FRANKLIN, LLC, | ) | Case No. 10-____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-1455232 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF GARDEN CITY, LLC, | ) | Case No. 10-____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 11-3587440 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF HACKETTSTOWN, L.L.C., | ) | Case No. 10-____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3727493 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF HARRISBURG, LLC, | ) | Case No. 10-____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-3371085 | ) | |

5

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF HILLSBOROUGH, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-3320344 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF HOLTSVILLE, LLC, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 20-2710138 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF JACKSON, LLC, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 26-0433478 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF LACEY, L.L.C., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 22-3746282 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF LAKEWOOD, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-3400156 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF LANGHORNE, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 20-0083392 | |

6

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF LYNBROOK LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 56-2282772 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF MAPLE SHADE, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 13-3180404 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF MATAWAN, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 13-3148337 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF MIDDLETOWN LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 06-1627565 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF ORADELL, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 13-3320348 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF PENNSYLVANIA, INC., | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 55-0836918 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF PISCATAWAY, LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 20-2228285 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF READING, LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 20-3371214 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF SCRANTON, LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 20-2709817 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF SELINSGROVE, LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 20-8396492 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF SPRINGFIELD, LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 20-2709892 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF STATEN ISLAND, LLC, | Case No. 10-_____ (___) |
| Debtor. | |
| TAX I.D. No. 56-2301936 | |

8

| | |
|---|---|
| _____ ) | |
| In re: ) | Chapter 11 |
| ) | |
| CHARLIE BROWN'S OF TINTON FALLS, INC., ) | Case No. 10-_____ (___) |
| ) | |
| Debtor. ) | |
| TAX I.D. No. 22-3546981 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| CHARLIE BROWN'S OF TOM'S RIVER, LLC, ) | Case No. 10-_____ (___) |
| ) | |
| Debtor. ) | |
| TAX I.D. No. 20-0905492 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| CHARLIE BROWN'S OF UNION TOWNSHIP, ) | Case No. 10-_____ (___) |
| INC., ) | |
| Debtor. ) | |
| TAX I.D. No. 13-3358910 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| CHARLIE BROWN'S OF TREXLERTOWN, ) | Case No. 10-_____ (___) |
| LLC., ) | |
| ) | |
| Debtor. ) | |
| TAX I.D. No. 20-83696582 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| CHARLIE BROWN'S OF WAYNE, INC., ) | Case No. 10-_____ (___) |
| ) | |
| Debtor. ) | |
| TAX I.D. No. 13-3954757 ) | |

9

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF WEST WINDSOR, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-3400159 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF WILLIAMSPORT LLC, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 20-1478218 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF WOODBURY, INC., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-3100601 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF YORK, LLC, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 20-3370980 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF YORKTOWN, LLC, | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-4157855 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S RESTAURANT CORP., | Case No. 10-_____(___) |
| Debtor. | |
| TAX I.D. No. 13-3437782 | |

10

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S STEAKHOUSE FISHKILL, INC., | ) ) | Case No. 10-_____(___) |
| Debtor. | ) | |
| TAX I.D. No. 14-1819139 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S STEAKHOUSE WOODBRIDGE, INC., | ) ) | Case No. 10-_____(___) |
| Debtor. | ) | |
| TAX I.D. No. 22-3641906 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-1814776 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JONATHAN SEAGULL PROPERTY CORP., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3137248 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JONATHAN SEAGULL, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-2739160 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE OFFICE AT BRIDGEWATER, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3373132 | ) | |

11

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE OFFICE AT CRANFORD, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3373131 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE OFFICE AT KEYPORT, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3551507 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE OFFICE AT MONTCLAIR, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3373128 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE OFFICE AT MORRISTOWN, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3373127 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE OFFICE AT RIDGEWOOD, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3632949 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE OFFICE AT SUMMIT, INC., | ) | Case No. 10-_____(___) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3373126 | ) | |

12

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WHAT'S YOUR BEEF V, INC., | ) Case No. 10-_____ (___) |
| | ) |
| Debtor. | ) |
| TAX I.D. No. 13-3294719 | ) |

## ORDER DIRECTING JOINT ADMINISTRATION

Upon consideration of the motion (the "Motion")[1] of the Debtors for an order directing joint administration of their Chapter 11 cases for procedural purposes only; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having found that good and sufficient cause exists for granting this Motion; and upon consideration of the Declaration of Gary Lembo in Support of Debtors' First-Day Pleadings; and upon the record of these Chapter 11 cases and any hearings held to consider the Motion; and it appearing that joint administration of the Debtors' individual Chapter 11 cases for procedural purposes will be in the best interests of the Debtors' estates, creditors, and all other parties-in-interest and will further the economic and efficient administration of these cases; and it further appearing that notice of the Motion was adequate and proper under the circumstances of these cases, and it appearing that no other or further notice need be given; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the above-captioned Chapter 11 cases shall be jointly administered for procedural purposes; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 3629846v 1

ORDERED that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned Chapter 11 cases; and it is further

ORDERED that the caption of the jointly administered Chapter 11 cases shall be as follows:

RLF1 3629846v 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CB HOLDING CORP., et al.,[2] | ) | Case No. 10-_____ ( ) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

and it is further

ORDERED that a docket entry shall be made in each of the above-captioned

Chapter 11 cases substantially as follows:

---

[2] The other Debtors, and the last four digits of each of their tax identification numbers, are: 1820 Central Park Avenue Restaurant Corp. (5151); Bugaboo Creek Acquisition, LLC (4629); Bugaboo Creek Holdings, Inc. (0966); Bugaboo Creek of Seekonk, Inc. (1669); CB Holding Corp. (8640); CB VII, Inc. (9120); CB VIII, Inc. (1468); Charlie Brown North (6721); Charlie Brown's Acquisition Corp. (8367); Charlie Brown's at Clifton, Inc. (7309); Charlie Brown's Mark Corp. (3569); Charlie Brown's Montclair, Inc. (4223); Charlie Brown's 1981, Inc. (7781); Charlie Brown's of Allentown, L.L.C. (8420); Charlie Brown's of Alpha, Inc. (9083); Charlie Brown's of Berwyn, LLC (3347); Charlie Brown's of Blackwood, L.L.C. (5698); Charlie Brown's of Bloomsburg, LLC (3326); Charlie Brown's of Brielle, Inc. (8115); Charlie Brown's of Carlstadt, Inc. (6936); Charlie Brown's of Chatham, Inc. (2452); Charlie Brown's of Commack LLC (4851); Charlie Brown's of Denville, Inc. (1422); Charlie Brown's of East Windsor, LLC (2747); Charlie Brown's of Edison, Inc. (8519); Charlie Brown's of Egg Harbor Twp, LLC (none); Charlie Brown's of Franklin, LLC (5232); Charlie Brown's of Garden City, LLC (7440); Charlie Brown's of Hackettstown, LLC (7493); Charlie Brown's of Harrisburg, LLC (1085); Charlie Brown's of Hillsborough, Inc. (0344); Charlie Brown's of Holtsville, LLC (0138); Charlie Brown's of Jackson, LLC (3478); Charlie Brown's of Lacey, L.L.C. (6282); Charlie Brown's of Lakewood, Inc. (0156); Charlie Brown's of Langhorne, LLC (3392); Charlie Brown's of Lynbrook LLC (2772); Charlie Brown's of Maple Shade, Inc. (0404); Charlie Brown's of Matawan, Inc. (8337); Charlie Brown's of Middletown LLC (7565); Charlie Brown's of Oradell, Inc. (0348); Charlie Brown's of Pennsylvania, Inc. (6918); Charlie Brown's of Piscataway, LLC (8285); Charlie Brown's of Reading, LLC (1214); Charlie Brown's of Scranton, LLC (9817); Charlie Brown's of Selinsgrove, LLC (6492); Charlie Brown's of Springfield, LLC (9892); Charlie Brown's of Staten Island, LLC (1936); Charlie Brown's of Tinton Falls, Inc. (6981); Charlie Brown's of Toms River, LLC (5492); Charlie Brown's of Union Township, Inc. (8910); Charlie Brown's of Trexlertown, LLC (6582); Charlie Brown's of Wayne, Inc. (4757); Charlie Brown's of West Windsor, Inc. (0159); Charlie Brown's of Williamsport LLC (8218); Charlie Brown's of Woodbury, Inc. (0601); Charlie Brown's of York, LLC (0980); Charlie Brown's of Yorktown, LLC (7855); Charlie Brown's Restaurant Corp. (7782); Charlie Brown's Steakhouse Fishkill, Inc. (9139); Charlie Brown's Steakhouse Woodbridge, Inc. (1906); Charlie Brown's, Inc. (4776); Jonathan Seagull Property Corp. (7248); Jonathan Seagull, Inc. (9160); The Office at Bridgewater, Inc. (3132); The Office at Cranford, Inc. (3131); The Office at Keyport, Inc. (1507); The Office at Montclair, Inc. (3128); The Office at Morristown, Inc. (3127); The Office at Ridgewood, Inc. (2949); The Office at Summit, Inc. (3126); and What's Your Beef V, Inc. (4719).

RLF1 3629846v 1

An order has been entered in this case directing joint administration of this case for procedural purposes with the Chapter 11 bankruptcy case of CB Holding Corp., Case No. 10-_____ (___). The docket for CB Holding Corp. should be consulted for all matters affecting this case.;

and it is further

ORDERED that all further pleadings and other papers shall be filed in, and all further docket entries shall be made in Case No. _____(___); and it is further

ORDERED that one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware; and it is further

ORDERED that the Debtors are authorized and empowered to take any necessary actions to implement and effectuate the terms of this Order; and it is further

ORDERED that the terms and conditions of this Order shall be immediately enforceable and effective upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: _____ __, 2010
      Wilmington, Delaware

                                  _____
                                  UNITED STATES BANKRUPTCY JUDGE

RLF1 3629846v 1