**ORIGINAL**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CB HOLDING CORP., | Case No. 10-13683(MFW) |
| Debtor. | |
| TAX I.D. No. 20-2288640 | |
| In re: | Chapter 11 |
| 1820 CENTRAL PARK AVENUE RESTAURANT CORP., | Case No. 10-13746(MFW) |
| Debtor. | |
| TAX I.D. No. 13-1855151 | |
| In re: | Chapter 11 |
| BUGABOO CREEK ACQUISITION, LLC, | Case No. 10-13709(MFW) |
| Debtor. | |
| TAX I.D. No. 20-8404629 | |
| In re: | Chapter 11 |
| BUGABOO CREEK HOLDINGS, INC., | Case No. 10-13702(MFW) |
| Debtor. | |
| TAX I.D. No. 52-2050966 | |
| In re: | Chapter 11 |
| BUGABOO CREEK OF SEEKONK, INC., | Case No. 10-13701(MFW) |
| Debtor. | |
| TAX I.D. No. 04-3181669 | |
| In re: | Chapter 11 |
| CB VII, INC., | Case No. 10-13719(MFW) |
| Debtor. | |
| TAX I.D. No. 13-3039120 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CB VIII, INC., | ) | Case No. 10-13724(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3481468 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN NORTH, | ) | Case No. 10-13704(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 22-1916721 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S ACQUISITION CORP., | ) | Case No. 10-13693(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3948367 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S AT CLIFTON, INC., | ) | Case No. 10-13707(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 22-3567309 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S MARK CORP., | ) | Case No. 10-13697(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3923569 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S MONTCLAIR, INC., | ) | Case No. 10-13732(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3314223 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S 1981, INC., | ) | Case No. 10-13764(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3437781 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF ALLENTOWN, L.L.C., | ) | Case No. 10-13735(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 23-3048420 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF ALPHA, INC., | ) | Case No. 10-13703(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3609083 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF BERWYN, LLC, | ) | Case No. 10-13713(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-0083347 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF BLACKWOOD, L.L.C., | ) | Case No. 10-13734(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3695698 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF BLOOMSBURG, LLC, | ) | Case No. 10-13695(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-2983326 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF BRIELLE, INC., | ) | Case No. 10-13718(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3588115 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF CARLSTADT, INC., | ) | Case No. 10-13728(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3676936 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF CHATHAM, INC., | ) | Case No. 10-13756(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3122452 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF COMMACK LLC, | ) | Case No. 10-13730(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-0904851 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF DENVILLE, INC., | ) | Case No. 10-13710(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3411422 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF EAST WINDSOR, LLC, | ) | Case No. 10-13717(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-0592747 | ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CHARLIE BROWN'S OF EDISON, INC., ) | Case No. 10-13733(MFW) |
| ) | |
| Debtor. ) | |
| TAX I.D. No. 13-3218519 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| CHARLIE BROWN'S OF EGG HARBOR TWP, ) LLC, ) | Case No. 10-13765(MFW) |
| Debtor. ) | |
| TAX I.D. No. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| CHARLIE BROWN'S OF FRANKLIN, LLC, ) | Case No. 10-13763(MFW) |
| ) | |
| Debtor. ) | |
| TAX I.D. No. 20-1455232 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| CHARLIE BROWN'S OF GARDEN CITY, LLC, ) | Case No. 10-13716(MFW) |
| ) | |
| Debtor. ) | |
| TAX I.D. No. 11-3587440 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| CHARLIE BROWN'S OF HACKETTSTOWN, ) L.L.C., ) | Case No. 10-13706(MFW) |
| Debtor. ) | |
| TAX I.D. No. 22-3727493 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| CHARLIE BROWN'S OF HARRISBURG, LLC, ) | Case No. 10-13740(MFW) |
| ) | |
| Debtor. ) | |
| TAX I.D. No. 20-3371085 ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF HILLSBOROUGH, INC., | ) ) | Case No. 10-13761(MFW) |
| Debtor. | ) ) | |
| TAX I.D. No. 13-3320344 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF HOLTSVILLE, LLC, | ) | Case No. 10-13708(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-2710138 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF JACKSON, LLC, | ) | Case No. 10-13752(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 26-0433478 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF LACEY, L.L.C., | ) | Case No. 10-13760(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3746282 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF LAKEWOOD, INC., | ) | Case No. 10-13754(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3400156 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF LANGHORNE, INC., | ) | Case No. 10-13727(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-0083392 | ) | |

RLF1 3630146v. 2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF LYNBROOK LLC, | ) | Case No. 10-13726(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 56-2282772 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF MAPLE SHADE, INC., | ) | Case No. 10-13757(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3180404 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF MATAWAN, INC., | ) | Case No. 10-13739(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3148337 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF MIDDLETOWN LLC, | ) | Case No. 10-13690(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 06-1627565 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF ORADELL, INC., | ) | Case No. 10-13738(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3320348 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF PENNSYLVANIA, INC., | ) | Case No. 10-13711(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 55-0836918 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF PISCATAWAY, LLC, | ) | Case No. 10-13699(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-2228285 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF READING, LLC, | ) | Case No. 10-13731(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-3371214 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF SCRANTON, LLC, | ) | Case No. 10-13747(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-2709817 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF SELINSGROVE, LLC, | ) | Case No. 10-13729(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-8396492 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF SPRINGFIELD, LLC, | ) | Case No. 10-13758(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-2709892 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF STATEN ISLAND, LLC, | ) | Case No. 10-13712(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 56-2301936 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF TINTON FALLS, INC., | ) | Case No. 10-13751(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 22-3546981 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF TOM'S RIVER, LLC, | ) | Case No. 10-13744(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-0905492 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF UNION TOWNSHIP, INC., | ) | Case No. 10-13762(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3358910 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF TREXLERTOWN, LLC., | ) | Case No. 10-13766(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-83696582 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF WAYNE, INC., | ) | Case No. 10-13688(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3954757 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF WEST WINDSOR, INC., | ) ) | Case No. 10-13692(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3400159 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF WILLIAMSPORT LLC, | ) ) | Case No. 10-13696(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 20-1478218 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF WOODBURY, INC., | ) | Case No. 10-13714(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3100601 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF YORK, LLC, | ) | Case No. 10-13759(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 20-3370980 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S OF YORKTOWN, LLC, | ) | Case No. 10-13736(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-4157855 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S RESTAURANT CORP., | ) | Case No. 10-13723(MFW) |
| | ) | |
| Debtor. | ) | |
| TAX I.D. No. 13-3437782 | ) | |

RLF1 3630146v. 2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S STEAKHOUSE FISHKILL, INC., | ) ) | Case No. 10-13698(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 14-1819139 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S STEAKHOUSE WOODBRIDGE, INC., | ) ) | Case No. 10-13742(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 22-3641906 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLIE BROWN'S, INC., | ) | Case No. 10-13722(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 22-1814776 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JONATHAN SEAGULL PROPERTY CORP., | ) | Case No. 10-13694(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3137248 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JONATHAN SEAGULL, INC., | ) | Case No. 10-13705(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-2739160 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE OFFICE AT BRIDGEWATER, INC., | ) | Case No. 10-13755(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3373132 | ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| THE OFFICE AT CRANFORD, INC., ) | Case No. 10-13700(MFW) |
| Debtor. ) TAX I.D. No. 13-3373131 ) | |
| In re: ) | Chapter 11 |
| THE OFFICE AT KEYPORT, INC., ) | Case No. 10-13749(MFW) |
| Debtor. ) TAX I.D. No. 22-3551507 ) | |
| In re: ) | Chapter 11 |
| THE OFFICE AT MONTCLAIR, INC., ) | Case No. 10-13720(MFW) |
| Debtor. ) TAX I.D. No. 13-3373128 ) | |
| In re: ) | Chapter 11 |
| THE OFFICE AT MORRISTOWN, INC., ) | Case No. 10-13689(MFW) |
| Debtor. ) TAX I.D. No. 13-3373127 ) | |
| In re: ) | Chapter 11 |
| THE OFFICE AT RIDGEWOOD, INC., ) | Case No. 10-13691(MFW) |
| Debtor. ) TAX I.D. No. 13-3632949 ) | |
| In re: ) | Chapter 11 |
| THE OFFICE AT SUMMIT, INC., ) | Case No. 10-13743(MFW) |
| Debtor. ) TAX I.D. No. 13-3373126 ) | |

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| WHAT'S YOUR BEEF V, INC., | ) ) ) | Case No. 10-13750(MFW) |
| Debtor. TAX I.D. No. 13-3294719 | ) ) ) ) | |

## ORDER (I) AUTHORIZING PAYMENT OF PRE-PETITION PAYROLL OBLIGATIONS, (II) AUTHORIZING AND DIRECTING THE DEBTORS' BANKS TO HONOR PRE-PETITION CHECKS FOR PAYMENT OF PRE-PETITION PAYROLL OBLIGATIONS, AND (II) PROHIBITING BANKS FROM PLACING HOLDS ON, OR ATTEMPTING TO REVERSE, RELATED TRANSFERS

Upon consideration of the motion (the "Motion")[1] of the Debtors for an order pursuant to Bankruptcy Code §§ 105(a), 363(b), and 507(a), (i) authorizing payment of pre-petition payroll obligations, (ii) authorizing and directing all banks (collectively, the "Banks") to honor pre-petition checks for payment of pre-petition payroll obligations, and (iii) prohibiting the Banks from placing any holds on, or attempting to reverse, any automatic transfers to employee accounts for pre-petition payroll amounts; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having found that good and sufficient cause exists for granting the Motion; and the relief requested in the Motion being necessary to avoid immediate and irreparable harm, as contemplated by Bankruptcy Rule 6003; and upon consideration of the Declaration of Gary Lembo in Support of First-Day Motions; and upon the record of these Chapter 11 cases and any hearings held to consider the Motion; and it appearing that the relief requested in the Motion is appropriate in the context of these cases and in the best interests of the Debtors and their respective estates, their creditors, and all other parties-in-interest; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that the Debtors are authorized to (a) issue Pre-Petition Payroll checks to current and former employees in the ordinary course of business and (b) honor Pre-Petition Payroll checks previously issued to current and former employees in the ordinary course of business, in an aggregate amount not to exceed $1.470 million except upon further order of this Court; and it is further

ORDERED that the Banks[2] upon which any payroll checks are drawn in payment of the Pre-Petition Payroll are authorized and directed to honor, upon presentation, any such payroll checks; and it is further

ORDERED that any Banks from which any automatic transfers are made to the accounts of the Employee or the Former Employees for payment of the Pre-Petition Payroll are prohibited from placing any holds on, or attempting to reverse, any automatic transfers to the Employees or the Former Employees accounts for payment of the Pre-Petition Payroll; and it is further

ORDERED that notwithstanding any other provision of this Order, no payment to any individual employee shall exceed the amounts set forth in 11 U.S.C. § 507(a)(4) and (a)(5), except upon further order of this Court; and it is further

ORDERED that notwithstanding any other provision of this Order, no payments which implicate 11 U.S.C. § 503(c) shall be made, except upon further order of this Court; and it is further

ORDERED that the Debtors are authorized and empowered to take any necessary actions to implement and effectuate the terms of this Order; and it is further

---

[2] The Debtors payroll account (account number 000080252231) is maintained at Bank of America.

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry, notwithstanding any applicability of Bankruptcy Rule 6004(h); and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: Nov 18, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE