# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CB HOLDING CORP., et al.,[1] | ) | Case No. 10-13683 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 5 |
| | ) | |

## SUPPLEMENTAL DECLARATION OF EMILY S. GOTTLIEB IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO EMPLOY AND RETAIN THE GARDEN CITY GROUP, INC. AS NOTICE, CLAIMS AND SOLICITATION AGENT

I, Emily S. Gottlieb, being duly sworn, state the following under penalty of perjury:

---

[1] The other Debtors, and the last four digits of each of their tax identification numbers, are: 1820 Central Park Avenue Restaurant Corp. (5151); Bugaboo Creek Acquisition, LLC (4629); Bugaboo Creek Holdings, Inc. (0966); Bugaboo Creek of Seekonk, Inc. (1669); CB Holding Corp. (8640); CB VII, Inc. (9120); CB VIII, Inc. (1468); Charlie Brown North (6721); Charlie Brown's Acquisition Corp. (8367); Charlie Brown's at Clifton, Inc. (7309); Charlie Brown's Mark Corp. (3569); Charlie Brown's Montclair, Inc. (4223); Charlie Brown's 1981, Inc. (7781); Charlie Brown's of Allentown, L.L.C. (8420); Charlie Brown's of Alpha, Inc. (9083); Charlie Brown's of Berwyn, LLC (3347); Charlie Brown's of Blackwood, L.L.C. (5698); Charlie Brown's of Bloomsburg, LLC (3326); Charlie Brown's of Brielle, Inc. (8115); Charlie Brown's of Carlstadt, Inc. (6936); Charlie Brown's of Chatham, Inc. (2452); Charlie Brown's of Commack LLC (4851); Charlie Brown's of Denville, Inc. (1422); Charlie Brown's of East Windsor, LLC (2747); Charlie Brown's of Edison, Inc. (8519); Charlie Brown's of Egg Harbor Twp, LLC (none); Charlie Brown's of Franklin, LLC (5232); Charlie Brown's of Garden City, LLC (7440); Charlie Brown's of Hackettstown, L.L.C. (7493); Charlie Brown's of Harrisburg, LLC (1085); Charlie Brown's of Hillsborough, Inc. (0344); Charlie Brown's of Holtsville, LLC (0138); Charlie Brown's of Jackson, LLC (3478); Charlie Brown's of Lacey, L.L.C. (6282); Charlie Brown's of Lakewood, Inc. (0156); Charlie Brown's of Langhorne, LLC (3392); Charlie Brown's of Lynbrook LLC (2772); Charlie Brown's of Maple Shade, Inc. (0404); Charlie Brown's of Matawan, Inc. (8337); Charlie Brown's of Middletown LLC (7565); Charlie Brown's of Oradell, Inc. (0348); Charlie Brown's of Pennsylvania, Inc. (6918); Charlie Brown's of Piscataway, LLC (8285); Charlie Brown's of Reading, LLC (1214); Charlie Brown's of Scranton, LLC (9817); Charlie Brown's of Selinsgrove, LLC (6492); Charlie Brown's of Springfield, LLC (9892); Charlie Brown's of Staten Island, LLC (1936); Charlie Brown's of Tinton Falls, Inc. (6981); Charlie Brown's of Toms River, LLC (5492); Charlie Brown's of Union Township, Inc. (8910); Charlie Brown's of Trexlertown, LLC (6582); Charlie Brown's of Wayne, Inc. (4757); Charlie Brown's of West Windsor, Inc. (0159); Charlie Brown's of Williamsport LLC (8218); Charlie Brown's of Woodbury, Inc. (0601); Charlie Brown's of York, LLC (0980); Charlie Brown's of Yorktown, LLC (7855); Charlie Brown's Restaurant Corp. (7782); Charlie Brown's Steakhouse Fishkill, Inc. (9139); Charlie Brown's Steakhouse Woodbridge, Inc. (1906); Charlie Brown's, Inc. (4776); Jonathan Seagull Property Corp. (7248); Jonathan Seagull, Inc. (9160); The Office at Bridgewater, Inc. (3132); The Office at Cranford, Inc. (3131); The Office at Keyport, Inc. (1507); The Office at Montclair, Inc. (3128); The Office at Morristown, Inc. (3127); The Office at Ridgewood, Inc. (2949); The Office at Summit, Inc. (3126); and What's Your Beef V, Inc. (4719). The Debtors' address is 1450 Route 22 West, Mountainside, NJ 07092.

To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I nor any of Garden City's[2] professional employees: (a) have any connection with the Debtors, their creditors, the U.S. Trustee or any other Potential Parties in Interest[3] in these Chapter 11 Cases or their respective attorneys or accountants; or (b) are related or connected to any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, the U.S. Trustee or any employee in the Office of the U.S. Trustee, except as set forth in the Gottlieb Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 19, 2010

/s/ Emily S. Gottlieb
Name: Emily S. Gottlieb
Title: Senior Director of
The Garden City Group, Inc.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Declaration of Emily S. Gottlieb in Support of Debtors' Motion for Entry of an Order Authorizing Them to Employ and Retain the Garden City Group, Inc. as Notice, Claims and Solicitation Agent* attached as Exhibit B to the *Debtors' Motion for Entry of an Order Authorizing Debtors to Employ and Retain the Garden City Group, Inc. as Notice, Claims and Solicitation Agent* [Docket No. 5] (the "Gottlieb Declaration").

[3] A list of these Potential Parties in Interest is attached hereto as Schedule 1.

# Schedule 1

**ENTITIES**

BUGABOO CREEK ACQUISITION, LLC
BUGABOO CREEK HOLDINGS, INC.
CB HOLDING CORP.
CHARLIE BROWN'S ACQUISITION CORP.
CHARLIE BROWN'S MARK CORP.
BUGABOO CREEK OF SEEKONK, INC.
CB VII, INC.
CB VIII, INC.
CHARLIE BROWN NORTH
CHARLIE BROWN'S AT CLIFTON, INC.
CHARLIE BROWN'S MONTCLAIR, INC.
CHARLIE BROWN'S OF ALLENTOWN, L.L.C.
CHARLIE BROWN'S OF ALPHA, INC.
CHARLIE BROWN'S OF BLACKWOOD, L.L.C.
CHARLIE BROWN'S OF BRIELLE, INC.
CHARLIE BROWN'S OF CARLSTADT, INC.
CHARLIE BROWN'S OF CHATHAM, INC.
CHARLIE BROWN'S OF DENVILLE, INC.
CHARLIE BROWN'S OF EAST WINDSOR, LLC
CHARLIE BROWN'S OF EDISON, INC.
CHARLIE BROWN'S OF EGG HARBOR TWP, LLC
CHARLIE BROWN'S OF FRANKLIN, LLC
CHARLIE BROWN'S OF HACKETTSTOWN, L.L.C.
CHARLIE BROWN'S OF HILLSBOROUGH, INC.
CHARLIE BROWN'S OF JACKSON, LLC
CHARLIE BROWN'S OF LACEY, L.L.C.
CHARLIE BROWN'S OF LAKEWOOD, INC.
CHARLIE BROWN'S OF MAPLE SHADE, INC.
CHARLIE BROWN'S OF MATAWAN, INC.
CHARLIE BROWN'S 1981, INC.
CHARLIE BROWN'S OF ORADELL, INC.
CHARLIE BROWN'S OF PISCATAWAY, LLC
CHARLIE BROWN'S OF RARITAN TWP, LLC
CHARLIE BROWN'S OF TINTON FALLS, INC.
CHARLIE BROWN'S OF TOMS RIVER, LLC
CHARLIE BROWN'S OF UNION TOWNSHIP, INC.
CHARLIE BROWN'S OF WAYNE, INC.
CHARLIE BROWN'S OF WEST WINDSOR, INC.
CHARLIE BROWN'S OF WOODBURY, INC.
CHARLIE BROWN'S RESTAURANT CORP.
CHARLIE BROWN'S STEAKHOUSE WOODBRIDGE, INC.
CHARLIE BROWN'S, INC.
THE OFFICE AT BRIDGEWATER, INC.
THE OFFICE AT CRANFORD, INC.

THE OFFICE AT KEYPORT, INC.
THE OFFICE AT MONTCLAIR, INC.
THE OFFICE AT MORRISTOWN, INC.
THE OFFICE AT RIDGEWOOD, INC.
THE OFFICE AT SUMMIT, INC.
WHAT'S YOUR BEEF V, INC.
1820 CENTRAL PARK AVENUE RESTAURANT CORP.
CHARLIE BROWN'S OF COMMACK LLC
CHARLIE BROWN'S OF EAST MEADOW, LLC
CHARLIE BROWN'S OF GARDEN CITY, LLC
CHARLIE BROWN'S OF HOLTSVILLE, LLC
CHARLIE BROWN'S OF LYNBROOK LLC
CHARLIE BROWN'S OF MIDDLETOWN LLC
CHARLIE BROWN'S OF STATEN ISLAND, LLC
CHARLIE BROWN'S OF WEST BABYLON, LLC
CHARLIE BROWN'S OF YORKTOWN, LLC
CHARLIE BROWN'S STEAKHOUSE FISHKILL, INC.
JONATHAN SEAGULL PROPERTY CORP.
JONATHAN SEAGULL, INC.
CHARLIE BROWN'S OF BERWYN, LLC
CHARLIE BROWN'S OF BLOOMSBURG, LLC
CHARLIE BROWN'S OF HARRISBURG, LLC
CHARLIE BROWN'S OF LANGHORNE, LLC
CHARLIE BROWN'S OF PENNSYLVANIA, INC.
CHARLIE BROWN'S OF READING, LLC
CHARLIE BROWN'S OF SCRANTON, LLC
CHARLIE BROWN'S OF SELINSGROVE, LLC
CHARLIE BROWN'S OF SPRINGFIELD, LLC
CHARLIE BROWN'S OF TREXLERTOWN, LLC
CHARLIE BROWN'S OF WILLIAMSPORT LLC
CHARLIE BROWN'S OF YORK, LLC

**SECURED CREDITORS**

ABLECO FINANCE LLC
WELLS FARGO FOOTHILL, INC.
GMAC COMMERCIAL FINANCE LLC
TRIMARAN
ARCHER CAPITAL MASTER FUND, L.P.
CAMOFI MASTER LDC
CAMHZN MASTER LDC
RAVEN CREDIT OPP MASTER FUND LTD.

**INSURERS**

AETNA LIFE INSURANCE COMPANY

FIDELITY LIFE INSURANCE COMPANY
METROPOLITAN LIFE INSURANCE COMPANY
ZURICH AMERICAN INSURANCE COMPANY
ACE INSURANCE
ESIS
BOSTON INSURANCE EMPLOYER BENEFIT TRUST
HARTFORD INSURANCE CO OF THE MIDWEST
HORIZON BLUE CROSS & BLUE SHIELD
EXEC-U-CARE

**BANKS**

BANK OF AMERICA
WACHOVIA
FIRST UNION
PNC BANK
COMMERCE BANK
WOODLANDS BANK
TD BANKNORTH
METRO BANK
RBS WORLDPAY
CHASE
AMERICAN EXPRESS

**CURRENT AND PAST MANAGEMENT**

DEAN KEHLER
ANDREW HEYER
BILL PHOENIX
RUSSELL D'ANTON
ALLEN BERNSTEIN
BILL PHOENIX
RONALD SOLTIS
MICHAEL P. MULLIGEN
DAVID J. DICK
ED SCHWARTZ
KRISTIN NYHOF
SAMUEL BORGESE
MICHAEL MASELLI

**PROFESSIONALS**

SCHULTE ROTH & ZABEL
CADWALADER
BINGHAM MCCUTCHEN LLP
CRG PARTNERS GROUP LLC

RLF1 3630504v. 1

3

CAHILL GORDON & REINDEL LLP
RICHARDS, LAYTON & FINGER
RAYMOND JAMES

**ORDINARY COURSE PROFESSIONALS**

PRICEWATERHOUSE COOPERS
JH COHN
VICTOR & BERNSTEIN
AJ GALLAGHER
RUBEN WARNER ASSOCIATES
JACKSON LEWIS
EISNER AMPER
CERIDIAN
MID ATLANTIC TRUST
DORNBUSH, SCHAEFFER, STRONGIN VENAGLIA
LAWSON & WEITZEN
PADUANO & WEINTRUBB
SARD LEFF
SKOLLOFF & WOLF
NEWPORT GROUP
CORPORATE SYNERGIES
TALX
GOLDEN ROTHCHILD
THOMAS, THOMAS AND HAFER
POST AND SCHELL
LITCHFIELD CAVO LLP
HILCO REAL ESTATE, LLC
BENEFIT RESOURCES
ARENT FOX
BAYARD, PA
LECG SMART
FINANCIAL RECOVERY SERVICES
ADMIRAL CONSULTING
CATALPA
CRUNCHTIME
FIRST DATA
VRC/VALUATION RESEARCH CORP.
CORPORATE SERVICE COMPANY
RADIANT
PEOPLE AND PERFORMANCE STRATEGIES
JEROLD P. DORNBUSH, ESQ.
DORNBUSH SCHAEFFER STRONGIN & VENAGLIA, LLP
MARTHA M. REDO, ESQ.
VICTOR & BERNSTEIN, P.C.

PATRICIA LANG FARNSWORTH, ESQ.
LAWSON & WEITZEN LLP
ROME MCGUIGAN SABANOSH, P.C.
THE BAYARD FIRM
MEYERS, RODBELL & ROSENBAUM
SARD&LEFF, LLC

**MAJOR CREDITORS AND PARTIES-IN-INTEREST**

BANK DIRECT CAPITAL
SYSCO METRO NY
SYSCO BOSTON LLC
SYSCO CENTRAL PENNSYLVANIA
M. TUCKER CO., INC.
SYSCO CT
ALLIANCE FOODSERVICE INC.
METROMEDIA ENERGY, INC.
DIRECT ENERGY BUSINESS
JACKSON LEWIS LLP
SYSCO ATLANTA LLC
VALASSIS DIRECT MAIL INC
SEASHORE FRUIT & PRODUCE CO.
OAKLEAF WASTE MANAGEMENT, LLC
J. KINGS
COSTA FRUIT & PRODUCE
TRIMARK UNITED EAST
P.F.G.-SPRINGFIELD
POCONO PRODUCE COMPANY
TABLOID GRAPHIC SERVICES,INC.
GDF SUEZ ENERGY RESOURCES NA
ARGONAUT INSURANCE COMPANY
ANALYTICAL BIO TREATMENT, INC.
MEGA PATH INC.
PRICEWATERHOUSE COOPERS LLP
ARAMARK UNIFORM SERVICES,INC.
GISELLE BROWN REALTY, LLC
EDWARD CAVALLUCCI AND
METROMEDIA ENERGY, INC.
AJ IMAGES
SPECIALTY REFRIGERATION
PHYLLIS AND RAYMOND BUCKNER AN
NATIONAL RETAIL PROPERTIES, LP
MCADAMS GROUP
PARK EAST, L.L.C.
HEARN KIRKWOOD
BUXTON COMPANY

NATIONAL GRID
KR BEST ASSOCIATES, L.P.
ELI'S BREAD
ACE USA
J & J AIR CONDITIONING & REFRG
DORNBUSH SCHAEFFER STRONGIN &
W.B. MASON COMPANY, INC
CRUNCH TIME! INFORMATION
PADUANO & WEINTRAUB LLP
GOETHALS SOUTH LLC
ARENT FOX LLP
MARK LOCKE BUILDER
AIRECOOL MECHANICAL, INC.
MALL AT NORTHSHORE, LLC
CLIMATE CARE LLC
RAPHAEL LIMITED PARTNERSHIP
SMITHTOWN VENTURE LLC
SEEKONK-226 LIMITED PARTNERSHI
CORNELIUS W DANIEL III, BUCHTA
PEPSI-COLA COMPANY
CORPORATE RESEARCH INTERNATION
NSTAR
PSE & G
RADIANT SYSTEMS
HATTERAS PRESS, INC.
ASC MOUNTAINSIDE REALTY, LLC
ECOLAB INC
SPRINGFIELD SQUARE SOUTH, L.P.
TALL TIMBERS DEVELOPMENT ASSOC
ACCURATE STEAM CLEANING
CELESTIAL ROUTE 6 ASSOCIATES L
NEWS AMERICA MARKETING FSI,INC
ZURICH INSURANCE COMPANY
850 PROVIDENCE HWY ASSOC LP
VISUAL IDENTITY GROUP
NUCO2, LLC
HELIUM PLUS
TANDUS US
THE KEMPNER CORPORATION
P.F.G.-AFI
EAST WINDSOR VILLAGE, LLC
WOODBRIDGE CENTER PROPERTY LLC
LAKEBROWN REALTY, LLC
FASHION POSTAL CORP
R & R MARKETING, L.L.C.
RETAIL TECHNOLOGY GROUP INC.

INLAND US MANAGEMENT LLC
CONSOLIDATED EDISON SOLUTIONS,
CITY OF SOUTH PORTLAND
BLDG MANAGEMENT CO., INC.
MDP CONSTRUCTION & ELECTRICAL
WATERPART, LLC
ANIMAL MAKERS INC.
J.H.COHN, LLP
ALEX ASSOCIATES
EMPIRE ACQUISITIONS & MGT.,LLC
CATALPA SYSTEMS INC
LINCOLN PLAZA ASSOCIATES
JY'S BETHEL, LLC
SUPREME SECURITY SYSTEMS, INC
THE STAR-LEDGER
WHITE CITY SHOPPING CENTER
THE BOSTON GLOBE
VICKERY REALTY CO TRUST
ROE CO. LLC