UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| CB Holding Corp., *et al.* | : | Case No. 10-13683 (MFW) |
| | : | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| Debtors. | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **M. Tucker Co. Inc.**, Attn: Nancy Murphy, 1200 Madison Ave., Paterson, NJ 07503, Phone: 973-925-0409, Fax: 973-925-0441

2. **Performance Food Group**, **Inc.** Attn: Brad Boe, 12650 East Araphahoe Rd., Centennial, CO 80112, Phone: 303-662-7121, Fax: 303-662-7540

3. **Oakleaf Waste Management**, Attn: George McGinn, 800 Connecticut Blvd., E. Hartford, CT 06108, Phone: 860-256-2083, Fax: 860-256-3083

4. **Valassis**, Attn: Robert Michaelson, One Targeting Centre, Windsor, CT 06095, Phone: 860-285-6336, Fax: 860-285-6440

5. **Tri Mark United East, Inc.**, Attn: George Courtot, 505 Collins St., PO Box 3503, South Attelboro, MA 02703, Phone: 508-399-6000 x 324, Fax: 508-761-3620

6. **GDF Suez Energy Resources NA, Inc**., Attn: Jason Austin, 1990 Post Oak Blvd., Ste. 1900, Houston, TX 77056, Phone: 713-636-1742, Fax: 713-636-1601

7. **Simon Property Group, Inc.**, Attn: Ronald M. Tucker, 225 W. Washington St., Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ Juliet Sarkessian for
T. PATRICK TINKER
ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: December 1, 2010

Attorney assigned to this Case: Juliet Sarkessian, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Christopher M. Samis, Esquire, Phone: (302) 651-7845, Fax: (302) 651-7701