IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CB HOLDING CORP., et al.,[1] ) | Case No. 10-13683 (MFW) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket Nos. 13, 48 and 150 |
| ) | |

## NOTICE OF FILING OF FURTHER REVISED PROPOSED FORM OF FINAL ORDER (I) AUTHORIZING SECURED POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364, (II) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363, AND (III) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361, 363 AND 364

PLEASE TAKE NOTICE that, on November 18, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Motion for Approval of*

---

[1] The other Debtors, and the last four digits of each of their tax identification numbers, are: 1820 Central Park Avenue Restaurant Corp. (5151); Bugaboo Creek Acquisition, LLC (4629); Bugaboo Creek Holdings, Inc. (0966); Bugaboo Creek of Seekonk, Inc. (1669); CB Holding Corp. (8640); CB VII, Inc. (9120); CB VIII, Inc. (1468); Charlie Brown North (6721); Charlie Brown's Acquisition Corp. (8367); Charlie Brown's at Clifton, Inc. (7309); Charlie Brown's Mark Corp. (3569); Charlie Brown's Montclair, Inc. (4223); Charlie Brown's 1981, Inc. (7781); Charlie Brown's of Allentown, L.L.C. (8420); Charlie Brown's of Alpha, Inc. (9083); Charlie Brown's of Berwyn, LLC (3347); Charlie Brown's of Blackwood, L.L.C. (5698); Charlie Brown's of Bloomsburg, LLC (3326); Charlie Brown's of Brielle, Inc. (8115); Charlie Brown's of Carlstadt, Inc. (6936); Charlie Brown's of Chatham, Inc. (2452); Charlie Brown's of Commack LLC (4851); Charlie Brown's of Denville, Inc. (1422); Charlie Brown's of East Windsor, LLC (2747); Charlie Brown's of Edison, Inc. (8519); Charlie Brown's of Egg Harbor Twp, LLC (none); Charlie Brown's of Franklin, LLC (5232); Charlie Brown's of Garden City, LLC (7440); Charlie Brown's of Hackettstown, L.L.C. (7493); Charlie Brown's of Harrisburg, LLC (1085); Charlie Brown's of Hillsborough, Inc. (0344); Charlie Brown's of Holtsville, LLC (0138); Charlie Brown's of Jackson, LLC (3478); Charlie Brown's of Lacey, L.L.C. (6282); Charlie Brown's of Lakewood, Inc. (0156); Charlie Brown's of Langhorne, LLC (3392); Charlie Brown's of Lynbrook LLC (2772); Charlie Brown's of Maple Shade, Inc. (0404); Charlie Brown's of Matawan, Inc. (8337); Charlie Brown's of Middletown LLC (7565); Charlie Brown's of Oradell, Inc. (0348); Charlie Brown's of Pennsylvania, Inc. (6918); Charlie Brown's of Piscataway, LLC (8285); Charlie Brown's of Reading, LLC (1214); Charlie Brown's of Scranton, LLC (9817); Charlie Brown's of Selinsgrove, LLC (6492); Charlie Brown's of Springfield, LLC (9892); Charlie Brown's of Staten Island, LLC (1936); Charlie Brown's of Tinton Falls, Inc. (6981); Charlie Brown's of Toms River, LLC (5492); Charlie Brown's of Union Township, Inc. (8910); Charlie Brown's of Trexlertown, LLC (6582); Charlie Brown's of Wayne, Inc. (4757); Charlie Brown's of West Windsor, Inc. (0159); Charlie Brown's of Williamsport LLC (8218); Charlie Brown's of Woodbury, Inc. (0601); Charlie Brown's of York, LLC (0980); Charlie Brown's of Yorktown, LLC (7855); Charlie Brown's Restaurant Corp. (7782); Charlie Brown's Steakhouse Fishkill, Inc. (9139); Charlie Brown's Steakhouse Woodbridge, Inc. (1906); Charlie Brown's, Inc. (4776); Jonathan Seagull Property Corp. (7248); Jonathan Seagull, Inc. (9160); The Office at Bridgewater, Inc. (3132); The Office at Cranford, Inc. (3131); The Office at Keyport, Inc. (1507); The Office at Montclair, Inc. (3128); The Office at Morristown, Inc. (3127); The Office at Ridgewood, Inc. (2949); The Office at Summit, Inc. (3126); and What's Your Beef V, Inc. (4719). The Debtors' address is 1450 Route 22 West, Mountainside, NJ 07092.

*Stipulation and Order (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363, and 364, and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c)* [Docket No. 13] (the "Motion").

PLEASE TAKE FURTHER NOTICE that, on November 19, 2010, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Interim Order (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 and 364, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c)* [Docket No. 48] (the "Interim Order") granting the relief requested in the Motion on an interim basis.

PLEASE TAKE FURTHER NOTICE that, on December 9, 2010, the Debtors filed a proposed revised form of order granting the Motion on a final basis as Exhibit F to the *Notice of Filing of Proposed Final Orders* [Docket No. 150].

PLEASE TAKE FURTHER NOTICE that, on the date hereof, the Debtors are filing a further revised draft[2] proposed form of order granting the Motion on a final basis (the "Further Revised Order"), attached hereto as <u>Exhibit A</u>. A blackline comparing the Further Revised Order with the Interim Order is attached hereto as <u>Exhibit B</u>.

**PLEASE TAKE FURTHER NOTICE that the Further Revised Order includes a proposed settlement by, between and among the Official Committee of Unsecured Creditors, the Debtors, the Pre-Petition Lenders[3] and the Lenders that may**

---

[2] The Further Revised Order is a draft and remains subject to further review and modification by parties-in-interest.

[3] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Further Revised Order.

affect the rights of other parties in interest. Accordingly, parties in interest should review the Further Revised Order carefully.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion, including entry of the Further Revised Order, will be held on **December 13, 2010 at 4:00 p.m. (prevailing Eastern Time)** before The Honorable Mary F. Walrath at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: December 10, 2010<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Tyler Semmelman<br>Mark D. Collins (No. 2981)<br>Christopher M. Samis (No. 4909)<br>Tyler D. Semmelman (No. 5386)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>-and-<br><br>Joel H. Levitin<br>Richard A. Stieglitz Jr.<br>Maya Peleg<br>CAHILL GORDON & REINDEL LLP<br>Eighty Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>Facsimile: (212) 269-5420<br><br>*Proposed Attorneys for the Debtors and Debtors-in-Possession* |