IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CB HOLDING CORP., et al.,[1] ) | Case No. 10-13683 (MFW) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | Re: Docket Nos. 213, 214 & 218 |
| ) | Hearing Date: 1/5/11 at 11:30 a.m. (EST) |

**NOTICE OF RESCHEDULED HEARING REGARDING DEBTORS' MOTION FOR ORDERS: (I)(1) APPROVING FORM OF "STALKING HORSE" ASSET PURCHASE AGREEMENT WITH VILLA ENTERPRISES LTD., LLC, FOR SALE OF SUBSTANTIALLY ALL ASSETS COMPRISING THE OFFICE BEER BAR & GRILL AND ASSUMPTION AND ASSIGNMENT OF CERTAIN RELATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (2) APPROVING SALE PROCEDURES AND FORM, MANNER, AND SUFFICIENCY OF NOTICE; AND (3) SCHEDULING AN AUCTION SALE AND A HEARING TO CONSIDER APPROVING HIGHEST AND BEST OFFER; (II) AUTHORIZING THE SALE OF SUCH ASSETS, FREE AND**

---

[1] The other Debtors, and the last four digits of each of their tax identification numbers, are: 1820 Central Park Avenue Restaurant Corp. (5151); Bugaboo Creek Acquisition, LLC (4629); Bugaboo Creek Holdings, Inc. (0966); Bugaboo Creek of Seekonk, Inc. (1669); CB Holding Corp. (8640); CB VII, Inc. (9120); CB VIII, Inc. (1468); Charlie Brown North (6721); Charlie Brown's Acquisition Corp. (8367); Charlie Brown's at Clifton, Inc. (7309); Charlie Brown's Mark Corp. (3569); Charlie Brown's Montclair, Inc. (4223); Charlie Brown's 1981, Inc. (7781); Charlie Brown's of Allentown, L.L.C. (8420); Charlie Brown's of Alpha, Inc. (9083); Charlie Brown's of Berwyn, LLC (3347); Charlie Brown's of Blackwood, L.L.C. (5698); Charlie Brown's of Bloomsburg, LLC (3326); Charlie Brown's of Brielle, Inc. (8115); Charlie Brown's of Carlstadt, Inc. (6936); Charlie Brown's of Chatham, Inc. (2452); Charlie Brown's of Commack LLC (4851); Charlie Brown's of Denville, Inc. (1422); Charlie Brown's of East Windsor, LLC (2747); Charlie Brown's of Edison, Inc. (8519); Charlie Brown's of Egg Harbor Twp, LLC (none); Charlie Brown's of Franklin, LLC (5232); Charlie Brown's of Garden City, LLC (7440); Charlie Brown's of Hackettstown, L.L.C. (7493); Charlie Brown's of Harrisburg, LLC (1085); Charlie Brown's of Hillsborough, Inc. (0344); Charlie Brown's of Holtsville, LLC (0138); Charlie Brown's of Jackson, LLC (3478); Charlie Brown's of Lacey, L.L.C. (6282); Charlie Brown's of Lakewood, Inc. (0156); Charlie Brown's of Langhorne, LLC (3392); Charlie Brown's of Lynbrook LLC (2772); Charlie Brown's of Maple Shade, Inc. (0404); Charlie Brown's of Matawan, Inc. (8337); Charlie Brown's of Middletown LLC (7565); Charlie Brown's of Oradell, Inc. (0348); Charlie Brown's of Pennsylvania, Inc. (6918); Charlie Brown's of Piscataway, LLC (8285); Charlie Brown's of Reading, LLC (1214); Charlie Brown's of Scranton, LLC (9817); Charlie Brown's of Selinsgrove, LLC (6492); Charlie Brown's of Springfield, LLC (9892); Charlie Brown's of Staten Island, LLC (1936); Charlie Brown's of Tinton Falls, Inc. (6981); Charlie Brown's of Toms River, LLC (5492); Charlie Brown's of Union Township, Inc. (8910); Charlie Brown's of Trexlertown, LLC (6582); Charlie Brown's of Wayne, Inc. (4757); Charlie Brown's of West Windsor, Inc. (0159); Charlie Brown's of Williamsport LLC (8218); Charlie Brown's of Woodbury, Inc. (0601); Charlie Brown's of York, LLC (0980); Charlie Brown's of Yorktown, LLC (7855); Charlie Brown's Restaurant Corp. (7782); Charlie Brown's Steakhouse Fishkill, Inc. (9139); Charlie Brown's Steakhouse Woodbridge, Inc. (1906); Charlie Brown's, Inc. (4776); Jonathan Seagull Property Corp. (7248); Jonathan Seagull, Inc. (9160); The Office at Bridgewater, Inc. (3132); The Office at Cranford, Inc. (3131); The Office at Keyport, Inc. (1507); The Office at Montclair, Inc. (3128); The Office at Morristown, Inc. (3127); The Office at Ridgewood, Inc. (2949); The Office at Summit, Inc. (3126); and What's Your Beef V, Inc. (4719). The Debtors' address is 1450 Route 22 West, Mountainside, NJ 07092.

**CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SUCH SALE; (IV) AUTHORIZING THE DEBTORS TO CONSUMMATE ALL TRANSACTIONS RELATED TO THE ABOVE; AND (V) GRANTING OTHER RELIEF**

PLEASE TAKE NOTICE that on December 23, 2010, the above-captioned debtors (collectively, the "Debtors") filed the *Debtors' Motion for Orders: (I)(1) Approving Form of "Stalking Horse" Asset Purchase Agreement with Villa Enterprises Ltd., LLC, for Sale of Substantially All Assets Comprising the Office Beer Bar & Grill and Assumption and Assignment of Certain Related Executory Contracts and Unexpired Leases; (2) Approving Sale Procedures and Form, Manner, and Sufficiency of Notice; and (3) Scheduling an Auction Sale and a Hearing to Consider Approving Highest and Best Offer; (II) Authorizing the Sale of Such Assets, Free and Clear of all Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Such Sale; (IV) Authorizing the Debtors to Consummate all Transactions Related to the Above; and (V) Granting Other Relief* [Docket No. 213] (the "Motion") and the *Debtors' Motion for Entry of an Order Shortening Notice and Objection Periods for "Debtors' Motion for Orders: (I)(1) Approving Form of "Stalking Horse" Asset Purchase Agreement with Villa Enterprises Ltd., LLC, for Sale of Substantially All Assets Comprising the Office Beer Bar & Grill and Assumption and Assignment of Certain Related Executory Contracts and Unexpired Leases; (2) Approving Sale Procedures and Form, Manner, and Sufficiency of Notice; and (3) Scheduling an Auction Sale and a Hearing to Consider Approving Highest and Best Offer; (II) Authorizing the Sale of Such Assets, Free and Clear of all Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Such Sale; (IV) Authorizing the Debtors to Consummate all Transactions Related to the Above; and (V)*

*Granting Other Relief"* [Docket No. 214] (the "Motion to Shorten") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with copies of the Motion and the Motion to Shorten.**

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Order Shortening Notice and Objection Periods for "Debtors' Motion for Orders: (I)(1) Approving Form of "Stalking Horse" Asset Purchase Agreement with Villa Enterprises Ltd., LLC, for Sale of Substantially All Assets Comprising the Office Beer Bar & Grill and Assumption and Assignment of Certain Related Executory Contracts and Unexpired Leases; (2) Approving Sale Procedures and Form, Manner, and Sufficiency of Notice; and (3) Scheduling an Auction Sale and a Hearing to Consider Approving Highest and Best Offer; (II) Authorizing the Sale of Such Assets, Free and Clear of all Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Such Sale; (IV) Authorizing the Debtors to Consummate all Transactions Related to the Above; and (V) Granting Other Relief"* [Docket No. 218], a hearing on the Initial Relief[2] requested in the Motion was scheduled for December 29, 2010 at 12:30 p.m. (Eastern Standard Time) (the "Hearing"), and any objections to the Initial Relief requested in the Motion were to be filed and served so as to be received no later than December 29, 2010 at 10:00 a.m. (Eastern Standard Time).

PLEASE TAKE FURTHER NOTICE that the Hearing has been rescheduled and will be held on **January 5, 2011 at 11:30 a.m. (Eastern Standard Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

---

[2] Capitalized terms used and not defined herein shall have the meaning ascribed to them in the Motion.

PLEASE TAKE FURTHER NOTICE that any objections to the Initial Relief requested in the Motion must be filed and served so as to be actually received no later than **January 3, 2011 at 4:00 p.m. (Eastern Standard Time).**

Dated: December 28, 2010
       Wilmington, Delaware

Respectfully submitted,

/s/ Tyler Semmelman

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Joel H. Levitin
Stephen J. Gordon
Richard A. Stieglitz Jr.
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Proposed Attorneys for the Debtors and Debtors-in-Possession*