**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CB HOLDING CORP., et al., | Case No.: 10-13683 (MFW) |
| Debtor. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Villa Enterprises Ltd., LLC ("Villa Enterprises"), hereby appears by its counsel, Bifferato Gentilotti LLC. Such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and telecopy numbers:

Garvan F. McDaniel, Esquire
Email: gmcdaniel@bglawde.com
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900
Facsimile: (302) 429-8600

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by

mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-caption ed case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of Villa Enterprises' right (i) to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, set-offs, or recoupments to which Villa Enterprises is, or may be, entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Villa Enterprises expressly reserves.

Dated:  January 4, 2011                        BIFFERATO GENTILOTTI LLC

                                               <u>/s/ Garvan F. McDaniel</u>
                                               Garvan F. McDaniel (#4167)
                                               800 King Street, Plaza Level
                                               Wilmington, DE 19801
                                               Telephone:  (302) 429-1900
                                               Facsimile:  (302) 429-8600

                                               Attorneys for Villa Enterprises Ltd., LLC