# SIGN-IN SHEET

**CASE NAME:** CB Holding Corp.  **COURTROOM NUMBER:** 4

**CASE NUMBER:** 10-13683 (MFW)  **DATE:** 1/5/11 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Stieglitz | Cahill Gordon & Reindel | Debtors |
| Chris Samis | Richards, Layton & Finger | (?) |
| Bradford J. Sandler | Pachulski Stang | Committee |
| Carren McDaniel | Bifferato Gentilotti | Villa Enterprises LLC |
| DAvid Stratton | Pepper Hamilton | Ally Financial |
| Juliet Sarkessian | US Trustee | |
| Maris Bauer | Norris McLaughlin & Marcus | Villa Enterprises |
| Frank Chiavari | Ally Commercial Finance | |
| Douglas Lipke | telephonic Vedder Price | Ally Commercial Finance |
| Beth Stearns | Villa Enterprises | |
| Stephen Gordon | Cahrie Gordon & Reindel | Debtors |