# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CB HOLDING CORP., et al.,[1] ) | Case No. 10-13683 (MFW) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: Docket Nos. 213 & 232** |

## CERTIFICATION OF COUNSEL REGARDING ORDER: (1) APPROVING FORM OF "STALKING HORSE" ASSET PURCHASE AGREEMENT WITH VILLA ENTERPRISES LTD., LLC, FOR THE SALE OF SUBSTANTIALLY ALL ASSETS COMPRISING THE OFFICE BEER BAR & GRILL AND ASSUMPTION AND ASSIGNMENT OF CERTAIN RELATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATING THERETO; (2) APPROVING SALE PROCEDURES AND FORM, MANNER, AND SUFFICIENCY OF NOTICE; (3) SCHEDULING (a) AN AUCTION AND (b) A HEARING TO CONSIDER APPROVING THE HIGHEST AND BEST OFFER; AND (4) GRANTING RELATED RELIEF

---

[1] The other Debtors, and the last four digits of each of their tax identification numbers, are: 1820 Central Park Avenue Restaurant Corp. (5151); Bugaboo Creek Acquisition, LLC (4629); Bugaboo Creek Holdings, Inc. (0966); Bugaboo Creek of Seekonk, Inc. (1669); CB Holding Corp. (8640); CB VII, Inc. (9120); CB VIII, Inc. (1468); Charlie Brown North (6721); Charlie Brown's Acquisition Corp. (8367); Charlie Brown's at Clifton, Inc. (7309); Charlie Brown's Mark Corp. (3569); Charlie Brown's Montclair, Inc. (4223); Charlie Brown's 1981, Inc. (7781); Charlie Brown's of Allentown, L.L.C. (8420); Charlie Brown's of Alpha, Inc. (9083); Charlie Brown's of Berwyn, LLC (3347); Charlie Brown's of Blackwood, L.L.C. (5698); Charlie Brown's of Bloomsburg, LLC (3326); Charlie Brown's of Brielle, Inc. (8115); Charlie Brown's of Carlstadt, Inc. (6936); Charlie Brown's of Chatham, Inc. (2452); Charlie Brown's of Commack LLC (4851); Charlie Brown's of Denville, Inc. (1422); Charlie Brown's of East Windsor, LLC (2747); Charlie Brown's of Edison, Inc. (8519); Charlie Brown's of Egg Harbor Twp, LLC (none); Charlie Brown's of Franklin, LLC (5232); Charlie Brown's of Garden City, LLC (7440); Charlie Brown's of Hackettstown, L.L.C. (7493); Charlie Brown's of Harrisburg, LLC (1085); Charlie Brown's of Hillsborough, Inc. (0344); Charlie Brown's of Holtsville, LLC (0138); Charlie Brown's of Jackson, LLC (3478); Charlie Brown's of Lacey, L.L.C. (6282); Charlie Brown's of Lakewood, Inc. (0156); Charlie Brown's of Langhorne, LLC (3392); Charlie Brown's of Lynbrook LLC (2772); Charlie Brown's of Maple Shade, Inc. (0404); Charlie Brown's of Matawan, Inc. (8337); Charlie Brown's of Middletown LLC (7565); Charlie Brown's of Oradell, Inc. (0348); Charlie Brown's of Pennsylvania, Inc. (6918); Charlie Brown's of Piscataway, LLC (8285); Charlie Brown's of Reading, LLC (1214); Charlie Brown's of Scranton, LLC (9817); Charlie Brown's of Selinsgrove, LLC (6492); Charlie Brown's of Springfield, LLC (9892); Charlie Brown's of Staten Island, LLC (1936); Charlie Brown's of Tinton Falls, Inc. (6981); Charlie Brown's of Toms River, LLC (5492); Charlie Brown's of Union Township, Inc. (8910); Charlie Brown's of Trexlertown, LLC (6582); Charlie Brown's of Wayne, Inc. (4757); Charlie Brown's of West Windsor, Inc. (0159); Charlie Brown's of Williamsport LLC (8218); Charlie Brown's of Woodbury, Inc. (0601); Charlie Brown's of York, LLC (0980); Charlie Brown's of Yorktown, LLC (7855); Charlie Brown's Restaurant Corp. (7782); Charlie Brown's Steakhouse Fishkill, Inc. (9139); Charlie Brown's Steakhouse Woodbridge, Inc. (1906); Charlie Brown's, Inc. (4776); Jonathan Seagull Property Corp. (7248); Jonathan Seagull, Inc. (9160); The Office at Bridgewater, Inc. (3132); The Office at Cranford, Inc. (3131); The Office at Keyport, Inc. (1507); The Office at Montclair, Inc. (3128); The Office at Morristown, Inc. (3127); The Office at Ridgewood, Inc. (2949); The Office at Summit, Inc. (3126); and What's Your Beef V, Inc. (4719). The Debtors' address is 1450 Route 22 West, Mountainside, NJ 07092.

The undersigned hereby certifies as follows:

1. On December 23, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Motion for Orders: (I)(1) Approving Form of "Stalking Horse" Asset Purchase Agreement with Villa Enterprises Ltd., LLC, for Sale of Substantially All Assets Comprising the Office Beer Bar & Grill and Assumption and Assignment of Certain Related Executory Contracts and Unexpired Leases; (2) Approving Sale Procedures and Form, Manner, and Sufficiency of Notice; and (3) Scheduling an Auction Sale and a Hearing to Consider Approving Highest and Best Offer; (II) Authorizing the Sale of Such Assets, Free and Clear of all Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Such Sale; (IV) Authorizing the Debtors to Consummate all Transactions Related to the Above; and (V) Granting Other Relief* [Docket No. 213] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion as Exhibit B was a proposed form of order (the "Sale Procedures Order") granting the Initial Relief[2] requested in the Motion.

2. On December 30, 2010, the Debtors filed with the Court the *Notice of Filing of Revised Proposed Order: (1) Approving Form of "Stalking Horse" Asset Purchase Agreement with Villa Enterprises Ltd., LLC, for the Sale of Substantially All Assets Comprising the Office Beer Bar & Grill and Assumption and Assignment of Certain Related Executory Contracts and Unexpired Leases Relating Thereto; (2) Approving Sale Procedures and Form, Manner, and Sufficiency of Notice; (3) Scheduling (a) an Auction and (b) a Hearing to Consider*

---

[2] Capitalized terms used and not defined herein shall have the meaning ascribed to them in the Motion.

*Approving the Highest and Best Offer; and (4) Granting Related Relief* [Docket No. 232], reflecting certain revisions to the Sale Procedures Order (the "Revised Sale Procedures Order").

3. On January 5, 2011, the Court conducted a hearing to consider the Initial Relief requested in the Motion (the "Hearing"). At the Hearing, the Court indicated that it would enter the Revised Sale Procedures Order. A copy of the Revised Sale Procedures Order is attached hereto as Exhibit A.

WHEREFORE the Debtors respectfully request that the Court enter the Revised Sale Procedures Order at its earliest convenience.

Dated: January 6, 2011
      Wilmington, Delaware

Respectfully submitted,

*[signature]*

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Joel H. Levitin
Stephen J. Gordon
Richard A. Stieglitz Jr.
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Proposed Attorneys for the Debtors and Debtors-in-Possession*