# EXHIBIT 3 TO SALE PROCEDURES ORDER

## Cure Amount Schedule

## Proposed Cure Amount Schedule

| EXECUTORY CONTRACT/ UNEXPIRED LEASE | NON-DEBTOR PARTY OR PARTIES TO CONTRACT OR LEASE | PROPOSED CURE AMOUNT |
|---|---|---|
| **Restaurant Leases** | | |
| Lease with The Office at Bridgewater, Inc. for the Office at Bridgewater restaurant | 3-J Company | $7,631.53 |
| Lease with The Office at Cranford, Inc. for the Office at Cranford restaurant | 3-J Company | $7,849.58 |
| Lease with The Office at Montclair, Inc. for the Office at Montclair restaurant | 3-J Company | $9,605.07 |
| Lease with The Office at Morristown, Inc. for the Office at Morristown restaurant | Paul Schmidt Enterprises<br>Patco Realty South LLC<br>Andy Morris LLC<br>Joy Morris LLC | $8,360<br>$4,400<br>$1,173.32<br>$733.34<br><br>Total Cure Amount:<br>$14,666.68 |
| Lease with The Office at Ridgewood, Inc. for the Office at Ridgewood restaurant | Vicky Mouzakitis, Konstantina Mouzakitis, John Mouzakitis, and Peter Sideris | $10,800 |
| Lease with The Office at Summit, Inc. for the Office at Summit restaurant | Bassett Associates | $18,142 |
| Lease with Charlie Brown's, Inc. for the Office at Keyport (Westfield) restaurant | Albert E. Chrone | $7,333.33 |
| **Parking Lot Leases** | | |
| Lease for the parking lot at the Office at Cranford restaurant | Heiberbarcon, LLC | $450 |
| Lease for the parking lot at the Office at Ridgewood Restaurant | Donald McKinnon | $600 |

| **Contracts to Rent Dishwashing Machines** | | |
|---|---|---|
| Contract for the dishwashing machines for the Office at Bridgewater restaurant | Ecolab Inc. | $195.90 |
| Contract for the dishwashing machines for the Office at Cranford restaurant | Ecolab Inc. | $293.85 |
| Contract for the dishwashing machines for the Office at Montclair restaurant | Ecolab Inc. | $539.85 |
| Contract for the dishwashing machines for the Office at Morristown restaurant | Ecolab Inc. | $394.47 |
| Contract for the dishwashing machines for the Office at Ridgewood restaurant | Ecolab Inc. | $195.90 |
| Contract for the dishwashing machines for the Office at Summit restaurant | Ecolab Inc. | $255.41 |
| Contract for the dishwashing machines for the Office at Keyport (Westfield) restaurant | Ecolab Inc. | $359.85 |