# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CB HOLDING CORP., et al.,[1] | Case No. 10-13683 (MFW) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF LAURENT XATART OF VILLA ENTERPRISES LTD, LLC IN SUPPORT OF THE APPROVAL OF THE ASSET PURCHASE AGREEMENT BETWEEN THE DEBTORS AND VILLA ENTERPRISES LTD, LLC FOR THE SALE OF SUBSTANTIALLY ALL ASSETS COMPRISING THE OFFICE BEER BAR & GRILL AND ASSUMPTION AND ASSIGNMENT OF CERTAIN RELATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATING THERETO

**LAURENT XATART hereby certifies as follows:**

---

[1] The other Debtors, and the last four digits of each of their tax identification numbers, are: 1820 Central Park Avenue Restaurant Corp. (5151); Bugaboo Creek Acquisition, LLC (4629); Bugaboo Creek Holdings, Inc. (0966); Bugaboo Creek of Seekonk, Inc. (1669); CB Holding Corp. (8640); CB VII, Inc. (9120); CB VIII, Inc. (1468); Charlie Brown North (6721); Charlie Brown's Acquisition Corp. (8367); Charlie Brown's at Clifton, Inc. (7309); Charlie Brown's Mark Corp. (3569); Charlie Brown's Montclair, Inc. (4223); Charlie Brown's 1981, Inc. (7781); Charlie Brown's of Allentown, L.L.C. (8420); Charlie Brown's of Alpha, Inc. (9083); Charlie Brown's of Berwyn, LLC (3347); Charlie Brown's of Blackwood, L.L.C. (5698); Charlie Brown's of Bloomsburg, LLC (3326); Charlie Brown's of Brielle, Inc. (8115); Charlie Brown's of Carlstadt, Inc. (6936); Charlie Brown's of Chatham, Inc. (2452); Charlie Brown's of Commack LLC (4851); Charlie Brown's of Denville, Inc. (1422); Charlie Brown's of East Windsor, LLC (2747); Charlie Brown's of Edison, Inc. (8519); Charlie Brown's of Egg Harbor Twp, LLC (none); Charlie Brown's of Franklin, LLC (5232); Charlie Brown's of Garden City, LLC (7440); Charlie Brown's of Hackettstown, L.L.C. (7493); Charlie Brown's of Harrisburg, LLC (1085); Charlie Brown's of Hillsborough, Inc. (0344); Charlie Brown's of Holtsville, LLC (0138); Charlie Brown's of Jackson, LLC (3478); Charlie Brown's of Lacey, L.L.C. (6282); Charlie Brown's of Lakewood, Inc. (0156); Charlie Brown's of Langhorne, LLC (3392); Charlie Brown's of Lynbrook LLC (2772); Charlie Brown's of Maple Shade, Inc. (0404); Charlie Brown's of Matawan, Inc. (8337); Charlie Brown's of Middletown LLC (7565); Charlie Brown's of Oradell, Inc. (0348); Charlie Brown's of Pennsylvania, Inc. (6918); Charlie Brown's of Piscataway, LLC (8285); Charlie Brown's of Reading, LLC (1214); Charlie Brown's of Scranton, LLC (9817); Charlie Brown's of Selinsgrove, LLC (6492); Charlie Brown's of Springfield, LLC (9892); Charlie Brown's of Staten Island, LLC (1936); Charlie Brown's of Tinton Falls, Inc. (6981); Charlie Brown's of Toms River, LLC (5492); Charlie Brown's of Union Township, Inc. (8910); Charlie Brown's of Trexlertown, LLC (6582); Charlie Brown's of Wayne, Inc. (4757); Charlie Brown's of West Windsor, Inc. (0159); Charlie Brown's of Williamsport LLC (8218); Charlie Brown's of Woodbury, Inc. (0601); Charlie Brown's of York, LLC (0980); Charlie Brown's of Yorktown, LLC (7855); Charlie Brown's Restaurant Corp. (7782); Charlie Brown's Steakhouse Fishkill, Inc. (9139); Charlie Brown's Steakhouse Woodbridge, Inc. (1906); Charlie Brown's, Inc. (4776); Jonathan Seagull Property Corp. (7248); Jonathan Seagull, Inc. (9160); The Office at Bridgewater, Inc. (3132); The Office at Cranford, Inc. (3131); The Office at Keyport, Inc. (1507); The Office at Montclair, Inc. (3128); The Office at Morristown, Inc. (3127); The Office at Ridgewood, Inc. (2949); The Office at Summit, Inc. (3126); and What's Your Beef V, Inc. (4719). The Debtors' address is 1450 Route 22 West, Mountainside, NJ 07092.

1. I am the Chief Financial Officer of Villa Enterprises Ltd., LLC ("Villa").

2. Villa is seeking to purchase all assets comprising The Office Beer Bar & Grill ("The Office") and has entered into a stalking horse agreement (the "APA") that has been approved by the Court subject to higher or better offers at an auction to be conducted on Jan 18, 2011.

3. Inquiry has been made of me as to an individual by the name of Michael Mulligan and what relationship Mr. Mulligan has with Villa and the subject APA.

4. As I understand it Mr. Mulligan was employed by the Debtors, and more particularly, I believe Charlie Brown's until on or about December 10, 2008.

5. Mr. Mulligan commenced employment with Villa as Director of Operations of Villa's full service restaurants and New York City quick service restaurants on March 9, 2009 and remains employed by Villa. Mr. Mulligan reports to the Vice President of Operations and is not himself a member of Villa's Management Team. Mr. Mulligan's functions are purely operational. He executes a business plan to oversee a portion of the operations of Villa.

6. Mr. Mulligan has had no involvement in due diligence or contract negotiations. I oversaw the due diligence process and made no inquiries of Mr. Mulligan. In fact, Mr. Mulligan did not even participate in Villa's physical inspection of The Office Restaurants that Villa did as part of its due diligence. It is possible that other persons in Villa made a casual inquiry of Mr. Mulligan, but I have not personal knowledge of same.

7. Mr. Mulligan did not introduce Villa to the prospect of acquiring The Office. Villa found out about The Office's availability from its own contacts within the restaurant industry and then, through The Office's brokers, Raymond James. All due diligence

information was provided through Raymond James pursuant to an executed confidentiality agreement.

I hereby certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

_____
LAURENT XATART