IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CB HOLDING CORP., et al.,[1] ) | Case No. 10-13683 (MFW) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: Docket No. 239 |

## NOTICE OF FILING OF AMENDMENT TO ASSET PURCHASE AGREEMENT RELATING TO SALE OF THE OFFICE BEER BAR & GRILL

PLEASE TAKE NOTICE that on January 4, 2011, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Notice of Filing of Fully Executed Copy of Asset Purchase Agreement* [Docket No. 239] (the "APA Notice") with the

---

[1] The other Debtors, and the last four digits of each of their tax identification numbers, are: 1820 Central Park Avenue Restaurant Corp. (5151); Bugaboo Creek Acquisition, LLC (4629); Bugaboo Creek Holdings, Inc. (0966); Bugaboo Creek of Seekonk, Inc. (1669); CB Holding Corp. (8640); CB VII, Inc. (9120); CB VIII, Inc. (1468); Charlie Brown North (6721); Charlie Brown's Acquisition Corp. (8367); Charlie Brown's at Clifton, Inc. (7309); Charlie Brown's Mark Corp. (3569); Charlie Brown's Montclair, Inc. (4223); Charlie Brown's 1981, Inc. (7781); Charlie Brown's of Allentown, L.L.C. (8420); Charlie Brown's of Alpha, Inc. (9083); Charlie Brown's of Berwyn, LLC (3347); Charlie Brown's of Blackwood, L.L.C. (5698); Charlie Brown's of Bloomsburg, LLC (3326); Charlie Brown's of Brielle, Inc. (8115); Charlie Brown's of Carlstadt, Inc. (6936); Charlie Brown's of Chatham, Inc. (2452); Charlie Brown's of Commack LLC (4851); Charlie Brown's of Denville, Inc. (1422); Charlie Brown's of East Windsor, LLC (2747); Charlie Brown's of Edison, Inc. (8519); Charlie Brown's of Egg Harbor Twp, LLC (none); Charlie Brown's of Franklin, LLC (5232); Charlie Brown's of Garden City, LLC (7440); Charlie Brown's of Hackettstown, L.L.C. (7493); Charlie Brown's of Harrisburg, LLC (1085); Charlie Brown's of Hillsborough, Inc. (0344); Charlie Brown's of Holtsville, LLC (0138); Charlie Brown's of Jackson, LLC (3478); Charlie Brown's of Lacey, L.L.C. (6282); Charlie Brown's of Lakewood, Inc. (0156); Charlie Brown's of Langhorne, LLC (3392); Charlie Brown's of Lynbrook LLC (2772); Charlie Brown's of Maple Shade, Inc. (0404); Charlie Brown's of Matawan, Inc. (8337); Charlie Brown's of Middletown LLC (7565); Charlie Brown's of Oradell, Inc. (0348); Charlie Brown's of Pennsylvania, Inc. (6918); Charlie Brown's of Piscataway, LLC (8285); Charlie Brown's of Reading, LLC (1214); Charlie Brown's of Scranton, LLC (9817); Charlie Brown's of Selinsgrove, LLC (6492); Charlie Brown's of Springfield, LLC (9892); Charlie Brown's of Staten Island, LLC (1936); Charlie Brown's of Tinton Falls, Inc. (6981); Charlie Brown's of Toms River, LLC (5492); Charlie Brown's of Union Township, Inc. (8910); Charlie Brown's of Trexlertown, LLC (6582); Charlie Brown's of Wayne, Inc. (4757); Charlie Brown's of West Windsor, Inc. (0159); Charlie Brown's of Williamsport LLC (8218); Charlie Brown's of Woodbury, Inc. (0601); Charlie Brown's of York, LLC (0980); Charlie Brown's of Yorktown, LLC (7855); Charlie Brown's Restaurant Corp. (7782); Charlie Brown's Steakhouse Fishkill, Inc. (9139); Charlie Brown's Steakhouse Woodbridge, Inc. (1906); Charlie Brown's, Inc. (4776); Jonathan Seagull Property Corp. (7248); Jonathan Seagull, Inc. (9160); The Office at Bridgewater, Inc. (3132); The Office at Cranford, Inc. (3131); The Office at Keyport, Inc. (1507); The Office at Montclair, Inc. (3128); The Office at Morristown, Inc. (3127); The Office at Ridgewood, Inc. (2949); The Office at Summit, Inc. (3126); and What's Your Beef V, Inc. (4719). The Debtors' address is 1450 Route 22 West, Mountainside, NJ 07092.

United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. Attached as Exhibit 1 to the APA Notice was a fully executed copy of the *Asset Purchase Agreement By and Among Charlie Brown's Inc. et al. and Villa Enterprises, Ltd., LLC* (the "APA").

PLEASE TAKE FURTHER NOTICE that today, the parties to the APA entered into the *Amendment No. 1 to Asset Purchase Agreement*, a copy of which is attached hereto as Exhibit A, thereby amending the APA (as amended, the "Amended APA"). The Debtors intend to seek approval of the Amended APA at the hearing scheduled in the above-captioned Chapter 11 cases on January 20, 2011 at 9:30 a.m. (EST).

Dated: January 14, 2011
      Wilmington, Delaware

Respectfully submitted,

*/s/ signature/*

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Joel H. Levitin
Stephen J. Gordon
Richard A. Stieglitz Jr.
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Attorneys for the Debtors and Debtors-in-Possession*

# EXHIBIT A

# AMENDMENT NO. 1 TO ASSET PURCHASE AGREEMENT

This AMENDMENT NO. 1 TO ASSET PURCHASE AGREEMENT (this "Amendment") is entered into as of January 14, 2011, by and among Charlie Brown's Inc, a New Jersey corporation ("Charlie Brown's"), The Office at Bridgewater, Inc., a New Jersey corporation ("Bridgewater"), The Office at Cranford, Inc., a New Jersey corporation ("Cranford"), The Office at Montclair, Inc., a New Jersey corporation ("Montclair"), The Office at Morristown, Inc., a New Jersey corporation ("Morristown"), The Office at Ridgewood, Inc., a New Jersey corporation ("Ridgewood"), The Office at Summit, Inc., a New Jersey corporation ("Summit" and, together with Charlie Brown's, Bridgewater, Cranford, Montclair, Morristown and Ridgewood, each a "Seller" and collectively the "Sellers"), Charlie Brown's Mark Corp., a Delaware corporation, and Villa Enterprises Ltd., LLC, a Delaware limited liability company ("Purchaser").

## W I T N E S S E T H:

WHEREAS, the Sellers, Charlie Brown's Mark Corp. and Purchaser are parties to that certain Asset Purchase Agreement dated as of January 4, 2011 (as amended, restated, supplemented or otherwise modified from time to time, the "Asset Purchase Agreement"; capitalized terms used herein and not otherwise defined herein shall have the respective meanings given to them in the Asset Purchase Agreement);

NOW, THEREFORE, in consideration of the mutual agreements, provisions and covenants contained herein, the parties hereto agree as follows:

1. Amendments to Asset Purchase Agreement. In reliance upon the representations and warranties of the Sellers and Purchaser set forth in Section 2 below, the Asset Purchase Agreement is hereby amended as follows:

(a) Section 1.02 of the Asset Purchase Agreement is amended by (i) deleting the word "and" from the end of Section 1.02(q), (ii) deleting "." and adding "; and" at the end of Section 1.02(r) and (iii) inserting the following as a new clause (s):

(s) All Avoidance Actions.

(b) Section 11.01 of the Asset Purchase Agreement is amended by adding the definition for "Avoidance Actions" in the appropriate alphabetical order, as follows:

"Avoidance Actions" means all of the Sellers' and their estates' causes of action against any Person arising under any of Bankruptcy Code §§ 502(d), 544, 545, 547, 548, 549, 550, and/or 553, or under similar or related state or federal statutes and common law, including, without limitation, all preference, fraudulent conveyance, fraudulent transfer, and/or other similar avoidance claims, rights, and causes of action, whether or not litigation has been commenced as of the Initial Closing Date to prosecute such Avoidance Actions.

(c) Section 11.01 of the Asset Purchase Agreement is amended by amending and restating the definition of the term "Knowledge of Sellers" in its entirety, as follows:

"Knowledge of Sellers" means the actual knowledge after due inquiry of Gary Lembo and Ed Schwartz.

2. Representations and Warranties. The Sellers and Purchaser hereby represent and warrant that as of the date hereof, both before and after giving effect to this Amendment, the execution, delivery and performance of this Amendment has been duly authorized by all requisite limited liability company or corporate action, as applicable, on the part of the Sellers and Purchaser;

3. Miscellaneous.

(a) Governing Law. THIS AMENDMENT SHALL BE GOVERNED IN ACCORDANCE WITH THE BANKRUPTCY CODE AND THE SUBSTANTIVE LAWS OF THE STATE OF NEW JERSEY AND ANY DISPUTE ARISING UNDER THIS AMENDMENT SHALL BE RESOLVED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW JERSEY.

(b) Counterparts. This Amendment may be executed in two or more counterparts, each of which when executed shall be deemed to be an original but all of which when taken together shall constitute one and the same Amendment. Delivery of an executed counterpart of a signature page to this Amendment by telecopier, facsimile or other electronic transmission (i.e., a "pdf" or "tif") shall be effective as delivery of a manually executed counterpart thereof.

(c) Reference to Asset Purchase Agreement. Each reference in the Asset Purchase Agreement to "this Agreement," "hereunder," "hereof," "herein" or words of like import, and each reference in the Asset Purchase Agreement, or other agreements, documents or other instruments executed and delivered pursuant to the Asset Purchase Agreement, shall mean and be a reference to the Asset Purchase Agreement as amended by this Amendment.

[Signature Page Follows]

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed and delivered by their duly authorized officers as of the day and year first above written.

CHARLIE BROWN'S, INC.

By: _____
Name: Gary L. Lembo
Title: CRO

THE OFFICE AT BRIDGEWATER, INC.

By: _____
Name: Gary L. Lembo
Title: CRO

THE OFFICE AT CRANFORD, INC.

By: _____
Name: Gary L. Lembo
Title: CRO

THE OFFICE AT MONTCLAIR, INC.

By: _____
Name: Gary L. Lembo
Title: CRO

THE OFFICE AT MORRISTOWN, INC.

By: _____
Name: Gary L. Lembo
Title: CRO

THE OFFICE AT RIDGEWOOD, INC.

By: _____
Name: Gary L. Lembo
Title: CRO

THE OFFICE AT SUMMIT, INC.

By: _____
Name: Gary L. Lembo
Title: CRO

VILLA ENTERPRISES LTD., LLC

By: _____
Name:
Title:

Solely as to any Assigned Intellectual Property:

CHARLIE BROWN'S MARK CORP.

By: _____
Name: Gary L. Lembo
Title: CRO

Signature page to Amendment No. 1 to Asset Purchase Agreement

THE OFFICE AT SUMMIT, INC.

By: _____
    Name:
    Title:

VILLA ENTERPRISES LTD., LLC

By: _____
    Name: LAURENT YATAN
    Title: CFO

Solely as to any Assigned Intellectual Property:

CHARLIE BROWN'S MARK CORP.

By: _____
    Name:
    Title: