# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CB HOLDING CORP., et al.,[1] ) | Case No. 10-13683 (MFW) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: Docket Nos. 213, 239 & 258 |

## NOTICE OF FILING OF RESULTS OF AUCTION FOR THE SALE OF THE OFFICE BEER BAR & GRILL AND OF RELATED AMENDMENTS TO THE PROPOSED SALE AGREEMENT, APPROVAL ORDER, AND CURE SCHEDULE

PLEASE TAKE NOTICE that, on December 23, 2010, the above-captioned

debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for*

---

[1] The other Debtors, and the last four digits of each of their tax identification numbers, are: 1820 Central Park Avenue Restaurant Corp. (5151); Bugaboo Creek Acquisition, LLC (4629); Bugaboo Creek Holdings, Inc. (0966); Bugaboo Creek of Seekonk, Inc. (1669); CB Holding Corp. (8640); CB VII, Inc. (9120); CB VIII, Inc. (1468); Charlie Brown North (6721); Charlie Brown's Acquisition Corp. (8367); Charlie Brown's at Clifton, Inc. (7309); Charlie Brown's Mark Corp. (3569); Charlie Brown's Montclair, Inc. (4223); Charlie Brown's 1981, Inc. (7781); Charlie Brown's of Allentown, L.L.C. (8420); Charlie Brown's of Alpha, Inc. (9083); Charlie Brown's of Berwyn, LLC (3347); Charlie Brown's of Blackwood, L.L.C. (5698); Charlie Brown's of Bloomsburg, LLC (3326); Charlie Brown's of Brielle, Inc. (8115); Charlie Brown's of Carlstadt, Inc. (6936); Charlie Brown's of Chatham, Inc. (2452); Charlie Brown's of Commack LLC (4851); Charlie Brown's of Denville, Inc. (1422); Charlie Brown's of East Windsor, LLC (2747); Charlie Brown's of Edison, Inc. (8519); Charlie Brown's of Egg Harbor Twp, LLC (none); Charlie Brown's of Franklin, LLC (5232); Charlie Brown's of Garden City, LLC (7440); Charlie Brown's of Hackettstown, L.L.C. (7493); Charlie Brown's of Harrisburg, LLC (1085); Charlie Brown's of Hillsborough, Inc. (0344); Charlie Brown's of Holtsville, LLC (0138); Charlie Brown's of Jackson, LLC (3478); Charlie Brown's of Lacey, L.L.C. (6282); Charlie Brown's of Lakewood, Inc. (0156); Charlie Brown's of Langhorne, LLC (3392); Charlie Brown's of Lynbrook LLC (2772); Charlie Brown's of Maple Shade, Inc. (0404); Charlie Brown's of Matawan, Inc. (8337); Charlie Brown's of Middletown LLC (7565); Charlie Brown's of Oradell, Inc. (0348); Charlie Brown's of Pennsylvania, Inc. (6918); Charlie Brown's of Piscataway, LLC (8285); Charlie Brown's of Reading, LLC (1214); Charlie Brown's of Scranton, LLC (9817); Charlie Brown's of Selinsgrove, LLC (6492); Charlie Brown's of Springfield, LLC (9892); Charlie Brown's of Staten Island, LLC (1936); Charlie Brown's of Tinton Falls, Inc. (6981); Charlie Brown's of Toms River, LLC (5492); Charlie Brown's of Union Township, Inc. (8910); Charlie Brown's of Trexlertown, LLC (6582); Charlie Brown's of Wayne, Inc. (4757); Charlie Brown's of West Windsor, Inc. (0159); Charlie Brown's of Williamsport LLC (8218); Charlie Brown's of Woodbury, Inc. (0601); Charlie Brown's of York, LLC (0980); Charlie Brown's of Yorktown, LLC (7855); Charlie Brown's Restaurant Corp. (7782); Charlie Brown's Steakhouse Fishkill, Inc. (9139); Charlie Brown's Steakhouse Woodbridge, Inc. (1906); Charlie Brown's, Inc. (4776); Jonathan Seagull Property Corp. (7248); Jonathan Seagull, Inc. (9160); The Office at Bridgewater, Inc. (3132); The Office at Cranford, Inc. (3131); The Office at Keyport, Inc. (1507); The Office at Montclair, Inc. (3128); The Office at Morristown, Inc. (3127); The Office at Ridgewood, Inc. (2949); The Office at Summit, Inc. (3126); and What's Your Beef V, Inc. (4719). The Debtors' address is 1450 Route 22 West, Mountainside, NJ 07092.

*Orders: (I)(1) Approving Form of "Stalking Horse" Asset Purchase Agreement with Villa Enterprises Ltd., LLC, for Sale of Substantially All Assets Comprising the Office Beer Bar & Grill and Assumption and Assignment of Certain Related Executory Contracts and Unexpired Leases; (2) Approving Sale Procedures and Form, Manner, and Sufficiency of Notice; and (3) Scheduling an Auction Sale and a Hearing to Consider Approving Highest and Best Offer; (II) Authorizing the Sale of Such Assets, Free and Clear of all Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Such Sale; (IV) Authorizing the Debtors to Consummate all Transactions Related to the Above; and (V) Granting Other Relief* [Docket No. 213] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that on January 4, 2011, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Notice of Filing of Fully Executed Copy of Asset Purchase Agreement* [Docket No. 239] (the "APA Notice") with the Court. Attached as Exhibit 1 to the APA Notice was a fully executed copy of the *Asset Purchase Agreement by and Among Charlie Brown's Inc. et al. and Villa Enterprises, Ltd., LLC* (the "Stalking Horse APA"). In addition, on January 14, 2011, the Debtors and Villa Enterprises Ltd., LLC ("VEM"), as the parties to the Stalking Horse APA, entered into the *Amendment No. 1 to Asset Purchase Agreement*, thereby amending the Stalking Horse APA (as so amended, the "Stalking Horse Amended APA").

PLEASE TAKE FURTHER NOTICE THAT on January 6, 2011, the Court entered that certain *Order: (1) Approving Form of "Stalking Horse" Asset Purchase Agreement*

---

[2] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to them in the Motion.

*with Villa Enterprises Ltd., LLC, for the Sale of Substantially All Assets Comprising the Office Beer Bar & Grill and Assumption and Assignment of Certain Related Executory Contracts and Unexpired Leases Relating Thereto; (2) Approving Sale Procedures and Form, Manner, and Sufficiency of Notice; (3) Scheduling (A) an Auction and (B) a Hearing to Consider Approving the Highest And Best Offer; and (4) Granting Related Relief* [Docket No. 258] (the "Sale Procedures Order").

PLEASE TAKE FURTHER NOTICE THAT in accordance with the Sale Procedures Order, the Debtors conducted an auction for the Assets on January 18, 2011 (the "Auction"). At the Auction, VEM submitted the Successful Bid, and the Debtors and VEM have entered into a revised agreement to reflect the results thereof (the "Post-Auction APA"). The Debtors intend to seek approval of the Post-Auction APA and the Sale of the Assets to VEM at the hearing scheduled in the above-captioned Chapter 11 cases on January 20, 2011 at 9:30 a.m. (EST).

PLEASE TAKE FURTHER NOTICE THAT attached hereto as Exhibits 1, 2, and 3, respectively, are (i) a blackline of the Post-Auction APA against the Stalking Horse APA, (ii) a blackline of the revised proposed Approval Order against the version originally filed with the Motion as Exhibit C thereto, and (iii) a blackline of the revised proposed Cure Amount Schedule against the version attached as Exhibit 3 to the Sale Procedures Order. The revised version of the Approval Order has been circulated to, and is acceptable to, (1) VEM, (2) the Official Committee of Unsecured Creditors in these Chapter 11 cases, (3) the Lenders, and (iv) the Office of the United States Trustee.

RLF1-3420039-1

Dated: January 19, 2011
      Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

Joel H. Levitin
Stephen J. Gordon
Richard A. Stieglitz Jr.
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York  10005
Telephone:  (212) 701-3000
Facsimile:  (212) 269-5420

*Attorneys for the Debtors and*
*Debtors-in-Possession*

RLF1-3420039-1