# **EXHIBIT 3**

RLF1-3420039-1

## Proposed Cure Amount Schedule

| EXECUTORY CONTRACT/ UNEXPIRED LEASE | NON-DEBTOR PARTY OR PARTIES TO CONTRACT OR LEASE | PROPOSED CURE AMOUNT |
|---|---|---|
| **Restaurant Leases** | | |
| Lease with The Office at Bridgewater, Inc. for the Office at Bridgewater restaurant | 3-J Company | $7,631.53 |
| Lease with The Office at Cranford, Inc. for the Office at Cranford restaurant | 3-J Company | $7,849.58 |
| Lease with The Office at Montclair, Inc. for the Office at Montclair restaurant | 3-J Company | $9,605.07 |
| Lease with The Office at Morristown, Inc. for the Office at Morristown restaurant | Paul Schmidt Enterprises<br>Patco Realty South LLC<br>Andy Morris LLC<br>Joy Morris LLC | ~~$8,360~~<br>~~$4,400~~<br>~~$1,173.32~~<br>~~$733.34~~<br><br>~~Total~~**Untimely** Cure ~~Amount: $14,666.68~~**Objection filed -- cure amount to be determined** |
| Lease with The Office at Ridgewood, Inc. for the Office at Ridgewood restaurant | Vicky Mouzakitis, Konstantina Mouzakitis, John Mouzakitis, and Peter Sideris | $~~10,800~~36,624.65 |
| Lease with The Office at Summit, Inc. for the Office at Summit restaurant | Bassett Associates | $18,142 |
| Lease with Charlie Brown's, Inc. for the Office at Keyport (Westfield) restaurant | Albert E. Chrone | ~~$7,333.33~~**Untimely informal comments received from landlord's counsel -- cure amount to be determined** |

### Parking Lot Leases

| | | |
|---|---|---|
| Lease for the parking lot at the Office at Cranford restaurant | Heiberbarcon, LLC | $450 |
| Lease for the parking lot at the Office at Ridgewood Restaurant | Donald McKinnon | $600 |

### Contracts to Rent Dishwashing Machines

| | | |
|---|---|---|
| Contract for the dishwashing machines for the Office at Bridgewater restaurant | Ecolab Inc. | $~~195.90~~699.35 |
| Contract for the dishwashing machines for the Office at Cranford restaurant | Ecolab Inc. | $~~293.85~~391.80 |
| Contract for the dishwashing machines for the Office at Montclair restaurant | Ecolab Inc. | $~~539.85~~719.80 |
| Contract for the dishwashing machines for the Office at Morristown restaurant | Ecolab Inc. | $~~394.47~~492.42 |
| Contract for the dishwashing machines for the Office at Ridgewood restaurant | Ecolab Inc. | $~~195.90~~293.85 |
| Contract for the dishwashing machines for the Office at Summit restaurant | Ecolab Inc. | $~~255.41~~239.80 |
| Contract for the dishwashing machines for the Office at Keyport (Westfield) restaurant | Ecolab Inc. | $~~359.85~~479.80 |

### Contracts for Water Conditioning Equipment

transferable, non-assignable, non-sublicensable, and limited license to use and display the Licensed Intellectual Property within the Field of Use as to each untransferred Restaurant for the Term set forth herein; provided that the licenses granted pursuant to this Agreement shall remain in effect (subject to Section 8(c) herein) in the event that the Licensees convey any as of then un-