# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CB HOLDING CORP., et al.,[1] | ) ) ) | Case No. 10-13683 (MFW) |
|  | ) ) | Jointly Administered |
| Debtors. | ) ) | **Re: Docket Nos. 944, 945 & 1149** |

## NOTICE OF FILING OF MODIFIED AMENDED
## PLAN AND DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that, on August 1, 2011, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed: (a) the *Debtors' Joint Plan of*

---

[1] The other Debtors, and the last four digits of each of their tax identification numbers, are: 1820 Central Park Avenue Restaurant Corp. (5151); Bugaboo Creek Acquisition, LLC (4629); Bugaboo Creek Holdings, Inc. (0966); Bugaboo Creek of Seekonk, Inc. (1669); CB Holding Corp. (8640); CB VII, Inc. (9120); CB VIII, Inc. (1468); Charlie Brown North (6721); Charlie Brown's Acquisition Corp. (8367); Charlie Brown's at Clifton, Inc. (7309); Charlie Brown's Mark Corp. (3569); Charlie Brown's Montclair, Inc. (4223); Charlie Brown's 1981, Inc. (7781); Charlie Brown's of Allentown, L.L.C. (8420); Charlie Brown's of Alpha, Inc. (9083); Charlie Brown's of Berwyn, LLC (3347); Charlie Brown's of Blackwood, L.L.C. (5698); Charlie Brown's of Bloomsburg, LLC (3326); Charlie Brown's of Brielle, Inc. (8115); Charlie Brown's of Carlstadt, Inc. (6936); Charlie Brown's of Chatham, Inc. (2452); Charlie Brown's of Commack LLC (4851); Charlie Brown's of Denville, Inc. (1422); Charlie Brown's of East Windsor, LLC (2747); Charlie Brown's of Edison, Inc. (8519); Charlie Brown's of Egg Harbor Twp, LLC (none); Charlie Brown's of Franklin, LLC (5232); Charlie Brown's of Garden City, LLC (7440); Charlie Brown's of Hackettstown, L.L.C. (7493); Charlie Brown's of Harrisburg, LLC (1085); Charlie Brown's of Hillsborough, Inc. (0344); Charlie Brown's of Holtsville, LLC (0138); Charlie Brown's of Jackson, LLC (3478); Charlie Brown's of Lacey, L.L.C. (6282); Charlie Brown's of Lakewood, Inc. (0156); Charlie Brown's of Langhorne, LLC (3392); Charlie Brown's of Lynbrook LLC (2772); Charlie Brown's of Maple Shade, Inc. (0404); Charlie Brown's of Matawan, Inc. (8337); Charlie Brown's of Middletown LLC (7565); Charlie Brown's of Oradell, Inc. (0348); Charlie Brown's of Pennsylvania, Inc. (6918); Charlie Brown's of Piscataway, LLC (8285); Charlie Brown's of Reading, LLC (1214); Charlie Brown's of Scranton, LLC (9817); Charlie Brown's of Selinsgrove, LLC (6492); Charlie Brown's of Springfield, LLC (9892); Charlie Brown's of Staten Island, LLC (1936); Charlie Brown's of Tinton Falls, Inc. (6981); Charlie Brown's of Toms River, LLC (5492); Charlie Brown's of Union Township, Inc. (8910); Charlie Brown's of Trexlertown, LLC (6582); Charlie Brown's of Wayne, Inc. (4757); Charlie Brown's of West Windsor, Inc. (0159); Charlie Brown's of Williamsport LLC (8218); Charlie Brown's of Woodbury, Inc. (0601); Charlie Brown's of York, LLC (0980); Charlie Brown's of Yorktown, LLC (7855); Charlie Brown's Restaurant Corp. (7782); Charlie Brown's Steakhouse Fishkill, Inc. (9139); Charlie Brown's Steakhouse Woodbridge, Inc. (1906); Charlie Brown's, Inc. (4776); Jonathan Seagull Property Corp. (7248); Jonathan Seagull, Inc. (9160); The Office at Bridgewater, Inc. (3132); The Office at Cranford, Inc. (3131); The Office at Keyport, Inc. (1507); The Office at Montclair, Inc. (3128); The Office at Morristown, Inc. (3127); The Office at Ridgewood, Inc. (2949); The Office at Summit, Inc. (3126); and What's Your Beef V, Inc. (4719). The Debtors' address is 1450 Route 22 West, Mountainside, NJ 07092.

*Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 944]; and (b) the *Disclosure Statement for Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 945] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on December 29, 2011, the Debtors filed the *Debtors' First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Amended Plan") and the *First Amended Disclosure Statement for Debtors' First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Amended Disclosure Statement") with the Court.  See Docket No. 1149.

PLEASE TAKE FURTHER NOTICE that, on January 4, 2012, the Debtors filed the *Debtors' Modified First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Modified Amended Plan"), a copy of which is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, on January 4, 2012, the Debtors filed the *Modified First Amended Disclosure Statement for Debtors' Modified First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Modified Amended Disclosure Statement"), a copy of which is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and parties in interest, the Debtors have also attached the following documents hereto: (a) a blackline of the Modified Amended Plan against the Amended Plan as Exhibit C; and (b) a blackline of the Modified Amended Disclosure Statement against the Amended Disclosure Statement as Exhibit D.

3

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Modified Amended Disclosure Statement is scheduled for **January 5, 2012 at 2:00 p.m. (EST)**.

| | |
|---|---|
| Dated:  January 4, 2012<br>           Wilmington, Delaware | Respectfully submitted,<br><br>/s/ *Tyler D. Semmelman*<br>Mark D. Collins (No. 2981)<br>Christopher M. Samis (No. 4909)<br>Tyler D. Semmelman (No. 5386)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware  19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br><br>-and-<br><br>Joel H. Levitin<br>Stephen J. Gordon<br>Richard A. Stieglitz Jr.<br>Maya Peleg<br>CAHILL GORDON & REINDEL LLP<br>Eighty Pine Street<br>New York, New York  10005<br>Telephone:  (212) 701-3000<br>Facsimile:  (212) 269-5420<br><br>*Attorneys for the Debtors and Debtors-in-Possession* |