**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

| | | | | |
|---|---|---|---|---|
| **Debtor's Name:** | CB Holding Corp Liquidating Trust | **Bank:** | TD Bank | |
| **Bankruptcy Number:** | Case No. 10-13683 (MFW) | **Account No.:** | *1758 | |
| **Date of Confirmation:** | February 27, 2012 | **Account Type:** | Checking | Total |
| **Reporting Period (month/year):** | July 1, 2018 through September 30, 2018 | | | |

| | Checking | Total |
|---|---:|---:|
| **Beginning Cash Balance:** | 743,085.73 | 743,085.73 |
| All receipts received by the debtor: | | |
| Cash Sales: | 0.00 | 0.00 |
| Collection of Accounts Receivable: | 0.00 | 0.00 |
| Proceeds from Litigation (settlement or otherwise): | 0.00 | 0.00 |
| Sale of Debtor's Assets: | 0.00 | 0.00 |
| Capital Infusion pursuant to the Plan: | 0.00 | 0.00 |
| Other | 93.58 | 93.58 |
| Interaccount Transfer | 0.00 | 0.00 |
| Total cash received: | 93.58 | 93.58 |
| Total cash available: | 743,179.31 | 743,179.31 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | 0.00 | 0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 0.00 | 0.00 |
| All other disbursements made in the ordinary course: | 975.00 | 975.00 |
| Total Disbursements | 975.00 | 975.00 |
| **Ending Cash Balance** | **742,204.31** | **742,204.31** |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_[signature]_
Signature

Michael Epstein
Name

**CB Holding Corp Liquidating Trust**
Case No. 10-13683 (MFW), District of Delaware
Period:    July 1, 2018 through September 30, 2018

| ASSETS | Post-Effective Date September-18 | Pre-Effective Date March-12 |
|---|---:|---:|
| Cash (Unrestricted) | 742,204.31 | 2,340,389.00 |
| Cash (Restricted) | 0.00 | 0.00 |
| Accounts Receivable (Net) | 0.00 | 16,731.00 |
| Income Tax Receivable | 0.00 | 25,743.00 |
| Inventory | 0.00 | 0.00 |
| Notes Receivable | 0.00 | 0.00 |
| Prepaid Expenses | 0.00 | 5,000.00 |
| Other (Attach List) | 0.00 | 0.00 |
| Total Current Assets | 742,204.31 | 2,387,863.00 |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | 0.00 | 0.00 |
| Machinery & Equipment | 0.00 | 0.00 |
| Furniture, fixtures & Office Equipment | 0.00 | 0.00 |
| Vehicles | 0.00 | 0.00 |
| Leasehold Improvements | 0.00 | 0.00 |
| Less: Accumulated Depreciation/Depletion | 0.00 | 0.00 |
| Total Property, Plant & Equipment | 0.00 | 0.00 |
| Due from Affiliates & Insiders | 0.00 | 0.00 |
| Liquor Licenses | 0.00 | 689,651.00 |
| Other (Attach List) | 0.00 | 1,545,980.00 |
| Total Assets | 742,204.31 | 4,623,494.00 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | 191,164.00 | 191,164.00 |
| Escrow and Deposits Payable | 78,684.00 | 78,684.00 |
| Income Taxes Payable | (1,455,388.00) | (1,455,388.00) |
| Deferred Income Taxes | 9,447,000.00 | 9,447,000.00 |
| Accrued Expenses | 553,513.00 | 553,513.00 |
| Deferred Income Taxes | 41,088.00 | 41,088.00 |
| DIP Financing | 4,531,068.25 | 5,485,524.00 |
| Notes Payable | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 |
| Secured Debt | 0.00 | 0.00 |
| Due to Affiliates & Insiders | 0.00 | 0.00 |
| Other (Attach List) | 0.00 | 0.00 |
| Total Postpetition Liabilities | 13,387,129.25 | 14,341,585.00 |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | 113,377,834.00 | 113,377,834.00 |
| Priority Debt - Per Plan | 0.00 | 0.00 |
| Unsecured Debt - Per Plan | 16,064,662.03 | 16,524,576.00 |
| Other (Attach List) - Per Plan | 0.00 | 0.00 |
| Total Prepetition Liabilities | 129,442,496.03 | 129,902,410.00 |
| Total Liabilities | 142,829,625.28 | 144,243,995.00 |
| **Equity** | | |
| Preferred Stock | 26,410,036.00 | 26,410,036.00 |
| Common Stock | 253.00 | 253.00 |
| Treasury Stock | (297,043.00) | (297,043.00) |
| Additional Paid-In Capital | 98,437,725.00 | 98,437,725.00 |
| Retained Earnings (Deficit) - Pre-Petition | (205,797,548.00) | (205,797,548.00) |
| Retained Earnings (Deficit) - Post-Petition | (60,840,843.97) | (58,373,924.00) |
| Total Equity (Deficit) | (142,087,420.97) | (139,620,501.00) |
| Total Liabilities & Owners' Equity | 742,204.31 | 4,623,494.00 |
| | (0.00) | 0.00 |