# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CB Holding Corp., et al.[1] | ) | Case No. 10-13683 (MFW) |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING MOTION FOR ORDER: (A) EXCUSING NEED TO MAKE DISTRIBUTIONS FOR CLAIMANTS WITHOUT TAXPAYER IDENTIFICATION NUMBERS AND PROVIDING THAT SUCH CLAIMANTS HAVE FORFEITED RIGHTS TO ANY DISTRIBUTIONS; AND (B) APPROVING RELATED WIND DOWN RELIEF REGARDING LIQUIDATING TRUST**

Upon consideration of the motion (the "Motion")[2] of Deloitte Financial Advisory Services LLP, the Liquidating Trustee (the "Trustee") for the CB Holding Corp. Liquidating Trust (the "Trust") established under the confirmed chapter 11 plan in the above-captioned case of the above-captioned debtors (collectively, the "Debtors"), for entry of an order (this "Order"): (a) that any Unreturned Tax ID Creditors (as defined in the Motion) listed on Schedule 1 attached to this Order that have not provided requested taxpayer identification numbers shall be deemed to forfeit any rights to a distribution under the Plan or from the Trust and providing that the Trustee is excused from making any distributions to the Unreturned Tax ID Creditors; and (b) approving related relief regarding certain Wind-Down Activities of the Trust, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § § 157 and 1334, the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, and Article XII of the Plan; and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that this proceeding

---

[1] The Debtor's former address was 1450 Route 22 West, Mountainside, NJ 07092. The chapter 11 case of Debtor CB Holding Corp. is the surviving open case. The Debtor's related debtor affiliates were previously closed by order of the Court.

[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion.

1

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that due and proper notice of the Motion having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, the Trust, the estate, creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT**:**

    1.    The Motion is GRANTED.

    2.    The Unreturned Tax ID Creditors listed on Schedule 1 attached to this Order shall not be entitled to any distributions in this chapter 11 case and any distributions to the Unreturned Tax ID Creditors listed on Schedule 1 are deemed forfeited, except to the extent that any governmental entities on Schedule 1 are not required by law to have a taxpayer identification number and except to the extent that the Trustee determines that a taxpayer identification form is not needed from a particular Unreturned Tax ID Creditor, including, but not limited to, for IRS reporting purposes. The Trustee is hereby excused from making any distributions under the Plan or Trust to the Unreturned Tax ID Creditors listed on Schedule 1 attached to this Order.

    3.    The Trustee is hereby authorized to make such revisions as are necessary to the official claims register in this chapter 11 case or to any other any list or lists of parties for purposes of distributions to be made.

    4.    The Trustee, on behalf of the Trust, is authorized to wind up the affairs of the Trust with the Wind-Down Activities, notwithstanding the termination of the Trust. The failure to expressly list any particular task in the Motion necessary to wind down the affairs of

the Trust under the LTA shall not be deemed a limitation on action by the Trustee to take whatever acts the Trustee deems necessary to complete the dissolution of the Trust.

5. Upon dissolution of the Trust and the closing of its bank accounts, the Trust, the Trustee, and the Trust's professionals and attorneys, are hereby fully released and discharged of their duties and obligations in carrying out the terms of the Trust and have no further responsibilities in connection therewith, except as required to comply with the terms of this Order.

6. The Trustee is hereby authorized to take such actions or execute or file such documents as are necessary or appropriate to effectuate the provisions of this Order and the LTA.

7. The Trustee is hereby authorized to take such actions or execute or file such documents as are necessary or appropriate to effectuate the provisions of this Order and the Plan.

8. To the extent applicable, any stay imposed by the Bankruptcy Rules shall not apply.

9. Notwithstanding anything to the contrary, the terms and conditions of this this Order shall be immediately effective and enforceable upon its entry.

10. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2019

                    The Honorable Mary F. Walrath
                    United States Bankruptcy Judge

## Schedule 1

| UNRETURNED TAX ID CREDITORS |
| --- |
| 850 PROVIDENCE HWY ASSOC LP |
| AARON SIMMONS |
| ACADEMY FIRE PROTECTION |
| ACCURATE STEAM CLEANING |
| ACTIVE FIRE CONTROL |
| ADT SECURITY SERVICES INC |
| AFI FOODSERVICE, LLC |
| AJ IMAGES INC |
| AL E GATORS INC |
| ALBERT E CHRONE TRUST |
| ALC DEVELOPING INC DBA NYC FIRE CONTROL |
| ALFRED L FREGEAU |
| ALPHA 3 LLC |
| AMERICAN FIRE & SAFETY, INC |
| American Fruit & Vegetable Co. Inc. |
| AMERICAN HOME ASSURANCE COMPANY ET AL |
| AMERICAN LEASING INC |
| ANANIA PLUMBING |
| ANDY RODENHISER PLBG & HTG INC |
| ANTONIO RAYMUNDO |
| ARCHER CAPITAL FUND |
| ARENT FOX LLP |
| ARSENAL MALL - 4916 BUGCR// |
| ASAP FIRE & SAFETY CORPORATION |
| ASSOCIATED HEALTH FOUNDATION INC |
| ATLANTA REFRIGERATION SERVICE |
| ATLANTA SPRINKLER INSPECTION COMPANY |
| ATLANTIC PROFESSIONALS |
| AUDREY PEPPI-DONALDSON |
| BARBARA NADAF |
| BELINDA YUCIS |
| BERKEL OF NEW YORK, INC. |
| BERKHEIMER TAX ADMINISTRATOR |
| BERKMAN COMMUNICATIONS INC. |
| BEVERLY BROWN / CUSTOM LASER & PRINTING |
| BLANK ROME LLP |
| BLUEWATER HLD CORP |
| BMW FINANCIAL SERVICES NA, LLC |
| BOLLIN LABEL SYSTEMS |
| BRAINTREE WATER AND SEWER |

| UNRETURNED TAX ID CREDITORS |
| --- |
| BRENT BAZZANO |
| BRIAN MANGAS |
| BRIAN VILLANOVA |
| BURLINGTON COUNTY TIMES |
| CAJUN AIR, INC. |
| CALIP DAIRIES |
| CAMHZN MASTER LDC |
| CAMOFI MASTER LDC & CAMHZN MASTER LDC |
| CARL A. FRITZ |
| CARLOS FIORETE |
| CASTLE POINT LANDSCAPE DESIGN |
| CENTRAL HUDSON GAS & ELEC CORP |
| CENTRAL MARYLAND ASSOC.INC. |
| CENTURY OFFICE PRODUCTS OFFICE PRODUCTS |
| CHAMBERLIN PLUMBING & HEATING |
| CHRISTINA LA ROCCO |
| CHRISTOPHER HAIGHT/CLIMATE CARE LLC |
| CIT TECHNOLOGY FINANCING SERVICES INC |
| CITY OF NEWNAN, GA |
| CITY OF PHILADELPHIA |
| CNI INC. |
| CNL APF PARTNERS, LP |
| COLLINS, MARTIN |
| COLUMBIA GAS OF PENNSYLVANIA |
| CONSOLIDATED EDISON CO OF NEW YORK INC |
| CONSTELLATION NEWENERGY INC |
| CORNELIUS W DANIEL III BUCHTA EST |
| CORNERSTONE DESIGN/BUILD SERVI |
| CORPORATE RESEARCH INTERNATIONAL |
| COVERALL NORTH AMERICA |
| COYLE REPRODUCTIONS, INC. |
| CRUNCHTIME INFORMATION SYSTEMS, INC. |
| CRYSTAL CLEAR & SONS |
| CRYSTAL CLEAR & SONS, INC |
| CRYSTAL CLEAR BEER LINES |
| CULLIGAN |
| DANIELLE NICOLE BRUSCINO |
| DEBBY TAIT |
| DEBORAH BARTALINI |

**Schedule 1**

**Unreturned Tax ID Creditors**

| UNRETURNED TAX ID CREDITORS | UNRETURNED TAX ID CREDITORS |
|---|---|
| DEBORAH ROSARIO-SHAW | FRAN KENNEDY COFFEE CO. |
| DEDHAM WESTWOOD WATER DISTRICT | FRANCES CACACE & EDWARD CACACE |
| DELMAR ENTERPRISES INC. | FULTON COUNTY TAX COMMISSIONER |
| DELMARVA POWER | G & G COMMERCIAL SYSTEMS |
| DEPENDABLE LOCK SERVICE | GDF SUEZ ENERGY RESOURCES |
| DIRECT ENERGY BUSINESS | GEORGE E MCCARTHY JR & KIMBERLY M |
| DIRECT ENERGY BUSINESS | GEORGE E MCCARTHY JR |
| DIRECT MARKETING SERVICES | GEORGE J SCHAEFER IV |
| DIRK L. WESLEY | GISELLE BROWN REALTY LLC |
| DONNA DEMARCKY | GLOBAL UNIFORM CO., INC |
| DORNBUSH SCHAEFFER STRONGIN & VENAGLIA | GLOBE NEWSPAPER CO INC DBA BOSTON GLOBE |
| DOUGLAS CONTRACTING | GOCA CLEANING SERVICE |
| E&A NORTHEAST LIMITED PARTNERSHIP | GOLDEN IMAGE SERVICES,LLC |
| EAGLE SANITATION INC | GOLDEN ROTHSCHILD SPAGNOLA LUNDELL |
| EAST COAST FIRE & VENTILATION INC | GOLDEN-GLO CARPET CLEANERS |
| ECONNERGY | GRAND LODGE KNIGHTS OF PYTHIAS |
| ELGE PLUMBING AND HEATING CO., INC. | GRANITE TELECOMMUNICATIONS LLC |
| ELITE PLUMBING & HEATING, INC. | GREEN GRACE INC |
| ELIZABETHTOWN GAS | GREGCOH LLC |
| ELLEN NEFF | GWINNETT CITY TAX COMM |
| ELLIS COFFEE COMPANY | HANG WANG |
| ELRAC LLC D/B/A ENTERPRISE FLEET | HELIUM PLUS, LLC |
| EMCON ASSOCIATES INC | HOLLY ANN STARR |
| EMPIRE ACQUISITION & MANAGEMENT LLC | HOMETOWN CARPET CLEANING |
| ENGLISH ASSOCIATES | HONG L. HUANG |
| ENVIRONMENTAL BIOTECH OF BOSTON | HOWARD GOLDSTEIN |
| ERIC PRESTEL | HOWARD REFRIGERATION  & A/C CO |
| ERIC VELEZ | HOWELL CONSTRUCTION LLC |
| ESS INC AND AFFILIATES | HUDSON AWNING & SIGN CO. INC. |
| ESTATE OF BUCHTA/CHARLES BUCHTA/ | I. RUGGIERI PHOTOGRAPHY, INC. |
| ESTATE OF DIANA I ARNOTE | IDEAS TO GO INC. |
| ESTATE OF JACK RABIN | INLAND WESTERN PLYMOUTH 5 LLC |
| EVA A. WHITNEY | INSTALL "A" LOCK |
| FISHBOWL INC | ISLAND OASIS FROZEN COCKTAIL COMPANY INC |
| FIXITUSA | J&J AIR CONDITIONING & REFRIGERATION LLC |
| FOOD EQUIPMENT SERVICE | JACKSON LEWIS LLP |
| FOOD SAFETY SPECIALTIES INC | JAMES PICOZZI |
| FOREST CITY COMMERCIAL MANAGEMENT INC | JANET WEBER |
| FORGE OF TENAFLY REAL ESTATE ASSOC LLC | JAN-PRO OF CENTRAL NJ |

**Schedule 1**

**Unreturned Tax ID Creditors**

| UNRETURNED TAX ID CREDITORS | UNRETURNED TAX ID CREDITORS |
|---|---|
| JAYSON WEISSENBURGER | MARCIO FRAGA |
| JBRADFORD STAHLE | MARK ROADARMEL ELECTRICAL CONTRACTOR LLC |
| JEFFREY MOYER | MARRA CARPET CLEANING |
| JEN-TEC CONTRACTING | MARTHA ARENAS |
| JENNIFER LYNN DOAN | MBK INVESTMENTS, LLC |
| | MCADAMS GROUP |
| JERSEY CENTRAL POWER & LIGHT | MEADOWBROOK DISTRIBUTING COMPANY |
| JIM DEMERS/COMMERCIAL EQUIP REPAIR INC | METROPOLITAN EDISON COMPANY |
| JINNI ROCK BAILEY | MEYERS RODBELL & ROSENBAUM |
| JOAN JACKSON | MICHAEL F BURNS |
| JON TREVILLYAN - BETHANY ASSOCIATES | MICHAEL HAMPAR |
| JOLT ELECTRIC & OIL BURNER | MICHAEL RABINOWITZ |
| JOO, KAY | MICROWAVE ATLANTA |
| JOSEPH D SALVIA | MIDDLESEX WATER COMPANY |
| JOSEPH CARMEN MORELLA | MID-STATE APPLIANCE SERVICE COMPANY |
| JOSEPH RICCOBONO | MILESTONE TOWING |
| JOSEPHINE ANNA BARNETT | MONROE COUNTY WATER AUTHORITY |
| JOY LINNARTZ | MRD SERVICES |
| JOYCE JACOBSON | MUZAK LLC |
| KATHARINE S. REINA | NAFCO WHOLESALE FISH DEALERS |
| KATHLEEN KWELTY & JOSEPH KWELTY H/W | NASHUA WASTE |
| KEYSPAN GAS EAST CORP DBA NATIONAL GRID | NATIONAL COMMUNICATIONS INC. |
| | NATIONAL RETAIL PROPERTIES LP |
| KIRK ANTHONY SCHWARTZ | NELLIGAN SPORTS MARKETING INC |
| KOHLBERG CAPITAL CORPORATION | NELMAR |
| LARRY KIMBALL | NEW JERSEY AMERICAN WATER COMPANY |
| LAW OFFICE OF NORMAN A. DOYLE, JR. | NEW WESTGATE MALL, LLC |
| LEGALINK, INC | NEW YORK STATE WORKERS' COMP BOARD |
| LEONARD T & ETTA LA VECCHIO | NICHOLAS BILOTTA |
| LIBERTY MUTUAL INSURANCE COMPANY | NICKOLAS BOUZOS |
| LINDA BEYE | NORTH EAST LINEN SUPPLY CO |
| LINGO INC DBA TOOTERS PROMOTIONS | NORTH JERSEY MEDIA GROUP INC. |
| LITTLE BAY LOBSTER | NORTHEAST ENVIRONMENTAL TESTING LAB INC |
| LMI ELECTRICAL CONTRACTORS, INC. | NORTHSHORE MALL - 4923 BUGCR// |
| LONG ISLAND REPAIR CO INC | NSTAR GAS |
| LORRAINE M. ABAJIAN | OAKLEAF WASTE MGMT |
| LOUGHLIN PROPERTIES, LLC | OCEAN TENTS AND PARTY RENTALS |
| LYNK SOFTWARE INC | OILMATIC SYSTEMS LLC |
| MACIEJ MALINOWSKI | O'KANE-FILARCA-NORTHRIDGE LLC ET AL |
| MACNEIL GLASS CO INC | |

3

**Schedule 1**

**Unreturned Tax ID Creditors**

| UNRETURNED TAX ID CREDITORS | UNRETURNED TAX ID CREDITORS |
|---|---|
| OMEGA PSI PHI FRATERNITY | SAMUEL & SONS |
| OSCAR'S LLC | SANDRA SCUDDER |
| OXFORD VALLEY MALL - 7707 CHABR// | SAXONY EQUIPMENT DISTRIBUTORS |
| PADUANO & WEINTRAUB LLP | SCALA, JOHN |
| PAIGE COMPANY CONTAINERS, INC. | SCI COBB PLACE FUND LLC |
| PALACE LAUNDRY/ DBA/LINENS OF THE WEEK | SCOTT HOEZ PLUMBING |
| PARISEAU ELECTRIC, INC | SERF N TURF INC |
| PATCO REALTY SOUTH, LLC | SHAUN KUCZEK |
| PAUL SCHMIDT ENTERPRISES | SHU MIN CHEN |
| PAULA & BARRY BOULDEN | SIMPLEXGRINNELL LP |
| PENNICHUCK | SITE IMPROVEMENTS INC. , |
| PETER HINES | SMART BUSINESS ADVISORY & CONSULTING LLC |
| PETER M. SIRKIN | SMITHTOWN VENTURE LIMITED LIABILITY COMP |
| PFG MILTONS, INC. | SOBIESKI, MICHAEL |
| PHILADELPHIA MEDIA NETWORK | SPECIALTY LIGHTING & RECYCLING INC |
| PHYLLIS BUCKNER & RAY BUCKNER | SPEEDY, SEWER, DRAIN |
| PICKARD, JOHN | SPRINGDALE ENTERPRISES LTD PARTNERSHIP |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES | SPRINGFIELD SQUARE SOUTH, L.P. |
| PITNEY BOWES INCORPORATED | STANDING OVATIONS |
| PLAZA AT BUCKLAND HILLS LLC 0728 BUGCR// | STATE OF NEW JERSEY |
| PRICEWATERHOUSECOOPERS LLP | STEPHEN MARIORENZI |
| PRONTO REPAIRS, INC. | STEPHENS CONSTRUCTION & CARPENTRY INC |
| PUBLIC SERVICE OF NEW HAMPSHIRE | STEVE MCCRORY |
| QWEST COMMUNICATIONS COMPANY LLC | STEVEN LEVY- FLASHBACK INC. |
| R.M. FLAGG COMPANY | SUFFOLK COUNTY WATER AUTHORITY |
| RAGGS SEPTIC SERVICE INC | SUFFOLK LOCK & SECURITY |
| RARE HOSPITALITY HOLDINGS LLC | SYSCO ATLANTA LLC |
| RICHMOND PLUMBING | SYSCO BOSTON LLC |
| ROBERT CLARK | T & B ROYAL REPAIRS |
| ROBERT M. MIRANDA | TALL TIMBERS DEVELOPMENT |
| ROCHESTER GAS & ELECTRIC | TALX UC EXPRESS |
| RODRIGO FRAGA | TALX |
| ROSA THORPE | TAPPAN REALTY COMPANY |
| ROSALIND LAWRENCE | TECO ELECTRIC COMPANY |
| ROSARIO NICASTRO | TED E BEARS INC |
| ROYAL FLUSH PLUMBING INC | THE CONNECTICUT LIGHT AND POWER COMPANY |
| RSTL INC | THE STERITECH GROUP, INC. |
| RUTH HANDLER | TOM WEBBER |
| RYAN KELSO | TONY'S GLASSWORKS |
| SAMANTHA E. LUSCOMBE | |

**Schedule 1**

**Unreturned Tax ID Creditors**

| UNRETURNED TAX ID CREDITORS |
| --- |
| TOWN OF BURLINGTON |
| TOWN OF SEEKONK |
| TRI-STAR MECHANICAL |
| TRI-STATE ASPHALTINC. |
| UNIFIRST CORPORATION |
| UNIQUE HOME REMODELING LLC |
| VALLEY NATIONAL GASES |
| VAULTLOGIX |
| VERIZON WIRELESS |
| VERIZON |
| VILLADOM TIMES |
| VISUAL IDENTITY GROUP INC |
| WALTER W MOORE |
| WATERPART LLC |
| WEBER LANDSCAPE MANAGEMENT |
| WESTBURY FISH CO |
| WILLIAM GROVE |
| WIND RIVER ENVIRONMENTAL LLC |
| WOODCOCK REFRIGERATION INC. |
| YAHOO! INC. |
| YORKTOWN INSERT CORP |