**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**PROOF OF CLAIM**

Name of Debtor: The Office at Montclair, Inc Case No. 10-13720

Select Debtor from Attachment A (List of Debtors) to complete this section.

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of ... for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 6). All other requests for payment of an admini... filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Rosa Thorpe

Name and address where notices should be sent:

Rosa Thorpe
c/o Ronald C. Bavagnoli, Esq.
Bavagnoli & Bavagnoli, LLC
12 Furler Street
PO Box 147
Totowa, NJ 07511-0147

Telephone number: (973) 785-9522

Email Address: ronaldbavagnoli@aol.com

☐ Check this box t... claim amends a... claim.

**Court Claim Numbe...** *(If known)*

Filed on:________

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box i... anyone else has ... relating to your ... of statement givi...

☐ Check this box i... or trustee in this...

**1. Amount of Claim as of Date Case Filed:** $ 500,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete...

If all or part of your claim is entitled to priority, complete item # 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of clai... itemized statement of interest or charges.

**2. Basis for Claim:** Personal Injury/Slip & Fall
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ________

**3a. Debtor may have scheduled account as:** ________
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provid... information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Equipment
**Describe:**

**Value of Property:$**______ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim, if any: $**______ **Basis for perfection:** ______

**Amount of Secured Claim: $**______ **Amount Unsecured: $**______

THE GARDEN CITY GROUP, INC. FEB 10 2011

plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**

$______

**Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before November 17, 2010, the date of commencement of the above cases, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. $______

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction # 8 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

Date: 2/7/11

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Modified B10 (GCG)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Garden City Group, Inc.
Attn: CB Holding Corp. Claims Processing
PO Box 9587
Dublin, OH 43017-4887

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery FEB 10 2011

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

THE GARDEN CITY GROUP, INC.

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7010 1060 0000 6705 2252

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

## PROOF OF CLAIM

Name of Debtor: CB Holding Corp., et al. Case No. 10-13683(MFW)

Select Debtor from Attachment A (List of Debtors) to complete this section.

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement [...] for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 6). All other requests for payment of an adm[...] filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Rosa Thorpe

Name and address where notices should be sent:
Rosa Thorpe
c/o Ronald C. Bavagnoli, Esq.
Bavagnoli & Bavagnoli, LLC
12 Furler Street
PO Box 147
Totowa, NJ 07511-0147

Telephone number: (973) 785-9522
Email Address: ronaldbavagnoli@aol.com

☐ Check this box [...] claim amends [...] claim.

Court Claim Numb[...] (*If known*)

Filed on: ____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box [...] anyone else ha[...] relating to you[...] of statement gi[...]

☐ Check this box [...] or trustee in thi[...]

**1. Amount of Claim as of Date Case Filed:** $ 500,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not comple[...]

If all or part of your claim is entitled to priority, complete item # 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of cl[...] itemized statement of interest or charges.

**2. Basis for Claim:** Personal Injury/Slip & Fall
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ____

**3a. Debtor may have scheduled account as:** ____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provi[...] information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Equipment [...]
**Describe:**

**Value of Property:$**____ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**____ **Basis for perfection:** ____

**Amount of Secured Claim: $**____ **Amount Unsecured: $**____

plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**

$____

**Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before November 17, 2010, the date of commencement of the above cases, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. $____

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction # 8 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

Date: 2/7/11

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**FOR COURT USE ONLY**

THE GARDEN CITY GROUP, INC. FEB 10 2011

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The Garden City Group, Inc.
Attn: CB Holding Corp. Claims Process[...]
PO Box 9587
Dublin, OH 43017-4887

2. Article Number (*Transfer from service label*) 7010 1060 0000 6705 2238

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

RECEIVED FEB 10 2011

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Modified B10 (GCG)**

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

**PROOF OF CLAIM**

Name of Debtor: CB VII, Inc. Case No. 10-13719

Select Debtor from Attachment A (List of Debtors) to complete this section.

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement o[...] for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 6). All other requests for payment of an adm[...] filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Rosa Thorpe

Name and address where notices should be sent:
Rosa Thorpe
c/o Ronald C. Bavagnoli, Esq.
Bavagnoli & Bavagnoli, LLC
12 Furler Street
PO Box 147
Totowa, NJ 07511-0147

Telephone number: (973) 785-9522
Email Address: ronaldbavagnoli@aol.com

☐ Check this box [...] claim amends a[...] claim.

Court Claim Numb[...] (*If known*)

Filed on: ____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box [...] anyone else has[...] relating to your[...] of statement giv[...]

☐ Check this box i[...] or trustee in this[...]

**1. Amount of Claim as of Date Case Filed:** $ 500,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complet[...]

If all or part of your claim is entitled to priority, complete item # 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of cla[...] itemized statement of interest or charges.

**2. Basis for Claim:** Personal Injury/Slip & Fall
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ____

**3a. Debtor may have scheduled account as:** ____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provid[...] information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☐ Other
**Describe:**

**Value of Property:$**____ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim, if any: $**____ **Basis for perfection:** ____

**Amount of Secured Claim: $**____ **Amount Unsecured: $**____

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**

$____

**Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before November 17, 2010, the date of commencement of the above cases, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. $____

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction # 8 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

Date: 2/7/11

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**FOR COURT USE ONLY**

THE GARDEN CITY GROUP, INC. FEB 10 2011

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The Garden City Group, Inc.
Attn: CB Holding Corp. Claims Processing
PO Box 9587
Dublin, OH 43017-4887

COMPLETE THIS SECTION ON DELIVERY
A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED FEB 10 2011

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7010 1060 0000 6705 2245

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG)

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

**PROOF OF CLAIM**

Name of Debtor: CB VIII, Inc. Case No. 10-13724

Select Debtor from Attachment A (List of Debtors) to complete this section.

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement ... for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 6). All other requests for payment of an adm... filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Rosa Thorpe

Name and address where notices should be sent:
Rosa Thorpe
c/o Ronald C. Bavagnoli, Esq.
Bavagnoli & Bavagnoli, LLC
12 Furler Street
PO Box 147
Totowa, NJ 07511-0147
Telephone number: (973) 785-9522
Email Address: ronaldbavagnoli@aol.com

☐ Check this box ... claim amends a ... claim.

Court Claim Numb... (*If known*)

Filed on:

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box i... anyone else has f... relating to your c... of statement givi...

☐ Check this box if ... or trustee in this c...

**1. Amount of Claim as of Date Case Filed:** $ 500,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete ...
If all or part of your claim is entitled to priority, complete item # 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim ... itemized statement of interest or charges.

**2. Basis for Claim:** Personal Injury/Slip & Fall
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ____

**3a. Debtor may have scheduled account as:** ____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide ... information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☐
**Describe:**

**Value of Property:$**____ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**____ **Basis for perfection:** ____

**Amount of Secured Claim: $**____ **Amount Unsecured: $**____

plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**

$____

**Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before November 17, 2010, the date of commencement of the above cases, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. $____

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction # 8 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

Date: 2/7/11

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**FOR COURT USE ONLY**

THE GARDEN CITY GROUP, INC. FEB 10 2011

SENDER: COMPLETE THIS SECTION
1. Article Addressed to:
The Garden City Group, Inc.
Attn: CB Holding Corp. Claims Processing
PO Box 9587
Dublin, OH 43017-4887

2. Article Number 7010 1060 0000 6705 2221

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG)

**Joanne Dziuba**

---

**From:** Peter J. Keane <pkeane@pszjlaw.com>
**Sent:** Tuesday, January 08, 2019 4:44 PM
**To:** Joanne Dziuba
**Subject:** RE: Case No.: 10-13683 (MFW)

Joanne,

Confirming receipt of the W-9. We'll remove Ms. Thorpe from the order to be submitted to the court. Please note, however, that the completed W-9 does not mean that Ms. Thorpe is entitled to or is guaranteed to receive a cash distribution from the Trust. The Trust is required to obtain taxpayer information from potential creditors but whether a distribution is made depends on the available cash and priority and amount of remaining claims in the cases. Thanks.

Best regards,
Peter

**Peter J. Keane**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 302.778.6462
Tel: 302.652.4100 | Fax: 302.652.4400
pkeane@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

---

**From:** Joanne Dziuba [mailto:jd@bavlaw.com]
**Sent:** Tuesday, January 08, 2019 3:14 PM
**To:** Peter J. Keane <pkeane@pszjlaw.com>
**Subject:** Case No.: 10-13683 (MFW)

Dear Mr. Keane,

Please be advised that we represent Rosa Thorpe, who was injured as a result of a slip and fall at the Office Restaurant in Montclair NJ on September 23, 2007. I am in receipt of your motion returnable January 28, 2019 to Excuse the Need to Make Distributions to Claimants without a Taxpayer Identification etc.

As per our conversation, attached please find a copy of the fully executed W-9 form which I executed on behalf of our firm and Ms. Thorpe on October 31, 2018. Please note that the original was mailed in the self-addressed stamped envelope provided at that time.

In this regard, kindly remove our client/creditor Rosa Thorpe from your motion exemption list. Upon receipt of this email, please confirm that you will be removing Ms. Thorpe from said list and that she will be eligible to receive a distribution in accordance with the numerous Proofs of Claims that have previously been filed.

Thank you for your courtesies and cooperation in this matter.

Very truly yours,

Robert J. Bavagnoli, Esq.
BAVAGNOLI & BAVAGNOLI, LLC
12 Furler Street
PO Box 147
Totowa, NJ 07511
Tel. (973) 785-9522
Fax (973) 785-9229

---

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

Form **W-9**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

Print or type. See Specific Instructions on page 3.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Robert J. Bavagnoli

2 Business name/disregarded entity name, if different from above
Bavagnoli & Bavagnoli, LLC

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☒ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ ______

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ______

Exemption from FATCA reporting code (if any) ______

(Applies to accounts maintained outside the U.S.)

5 Address (number, street, and apt. or suite no.) See instructions.
12 Furler Street / PO Box 147

Requester's name and address (optional)

6 City, state, and ZIP code
Totowa, NJ 07511

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number
___ – __ – ____

or

Employer identification number
22 - 3449854

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶ 10/31/18

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*