# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CB Holding Corp., et al.,[1] | ) | Case No. 10-13683 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | **Re: Docket No. 1541** |

## CERTIFICATION OF COUNSEL REGARDING
## MOTION FOR ORDER: (A) EXCUSING NEED TO MAKE DISTRIBUTIONS FOR CLAIMANTS WITHOUT TAXPAYER IDENTIFICATION NUMBERS AND PROVIDING THAT SUCH CLAIMANTS HAVE FORFEITED RIGHTS TO ANY DISTRIBUTIONS; AND (B) APPROVING RELATED WIND DOWN RELIEF REGARDING LIQUIDATING TRUST

The undersigned hereby certifies as follows:

1. On December 21, 2018, Deloitte Financial Advisory Services LLP, the Liquidating Trustee (the "Trustee") in the above-captioned matter, filed the *Motion for Order: (A) Excusing Need to Make Distributions for Claimants Without Taxpayer Identification Numbers and Providing that Such Claimants Have Forfeited Rights to Any Distributions; and (B) Approving Related Wind Down Relief Regarding Liquidating Trust* (the "Motion") [Docket No. 1541] with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of Motion, responses were to be received on or before January 11, 2019 at 4:00 p.m. (Eastern Time). The Trustee extended the response deadline for the Office of the United States Trustee (the "UST") to January 21, 2019. The UST has advised that it takes no position on the Motion.

3. On January 11, 2019, an objection to the Motion was filed by Rosa Thorpe [Docket No. 1542]. The objection is a letter response that correctly indicates that the Trustee has received a completed W-9 from Ms. Thorpe and the Trustee has removed Ms. Thorpe from Schedule 1 to the proposed order on the Motion. The objection also requests denial of the

---

[1] The Debtor's former address was 1450 Route 22 West, Mountainside, NJ 07092. The chapter 11 case of Debtor CB Holding Corp. is the surviving open case. The Debtor's related debtor affiliates were previously closed by order of the Court.
DOCS_DE:222668.1 85481/003

Motion as to Ms. Thorpe and indicates it is filed solely for the purpose of putting the Court on notice of the claimant's interest in the case. The Trustee submits that the objection is moot because Ms. Thorpe has been removed from the Schedule 1 to the proposed order and the Court can enter the order as it does not prejudice or impact Ms. Thorpe.

4. The Trustee also received informal responses and submissions from various claimants listed on Schedule 1 and has removed those claimants for which the Trustee received a completed W-9.

5. Attached hereto as <u>Exhibit A</u> is a revised proposed *Order Granting Motion for Order: (A) Excusing Need to Make Distributions for Claimants Without Taxpayer Identification Numbers and Providing that Such Claimants Have Forfeited Rights to Any Distributions; and (B) Approving Related Wind Down Relief Regarding Liquidating Trust* (the "<u>Proposed Order</u>") which reflects the changes noted herein to Schedule 1. No changes were made to the order itself.

6. A blacklined copy of the Proposed Order (including Schedule 1) is attached hereto as <u>Exhibit B</u> showing changes made from the order attached to the Motion.

7. Accordingly, the Trustee respectfully requests that the Court enter the Proposed Order attached hereto as <u>Exhibit A</u> at its earliest convenience.

Dated: January 23, 2019  PACHULSKI STANG ZIEHL & JONES LLP

    */s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar. No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
      pkeane@pszjlaw.com

Counsel to the Liquidating Trustee