# EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CB Holding Corp., et al.[1] | ) | Case No. 10-13683 (MFW) |
| | ) | |
| Debtors. | ) | **Ref. Docket No. 1541** |

### ORDER GRANTING MOTION FOR ORDER: (A) EXCUSING NEED TO MAKE DISTRIBUTIONS FOR CLAIMANTS WITHOUT TAXPAYER IDENTIFICATION NUMBERS AND PROVIDING THAT SUCH CLAIMANTS HAVE FORFEITED RIGHTS TO ANY DISTRIBUTIONS; AND (B) APPROVING RELATED WIND DOWN RELIEF REGARDING LIQUIDATING TRUST

Upon consideration of the motion (the "Motion")[2] of Deloitte Financial Advisory Services LLP, the Liquidating Trustee (the "Trustee") for the CB Holding Corp. Liquidating Trust (the "Trust") established under the confirmed chapter 11 plan in the above-captioned case of the above-captioned debtors (collectively, the "Debtors"), for entry of an order (this "Order"): (a) that any Unreturned Tax ID Creditors (as defined in the Motion) listed on Schedule 1 attached to this Order that have not provided requested taxpayer identification numbers shall be deemed to forfeit any rights to a distribution under the Plan or from the Trust and providing that the Trustee is excused from making any distributions to the Unreturned Tax ID Creditors; and (b) approving related relief regarding certain Wind-Down Activities of the Trust, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § § 157 and 1334, the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, and Article XII of the Plan; and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that this proceeding

---

[1] The Debtor's former address was 1450 Route 22 West, Mountainside, NJ 07092. The chapter 11 case of Debtor CB Holding Corp. is the surviving open case. The Debtor's related debtor affiliates were previously closed by order of the Court.
[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion.

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. § § 1408 and 1409; it appearing that due and proper notice of the Motion having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, the Trust, the estate, creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT**:**

      1.      The Motion is GRANTED.

      2.      The Unreturned Tax ID Creditors listed on <u>Schedule 1</u> attached to this Order shall not be entitled to any distributions in this chapter 11 case and any distributions to the Unreturned Tax ID Creditors listed on <u>Schedule 1</u> are deemed forfeited, except to the extent that any governmental entities on <u>Schedule 1</u> are not required by law to have a taxpayer identification number and except to the extent that the Trustee determines that a taxpayer identification form is not needed from a particular Unreturned Tax ID Creditor, including, but not limited to, for IRS reporting purposes. The Trustee is hereby excused from making any distributions under the Plan or Trust to the Unreturned Tax ID Creditors listed on <u>Schedule 1</u> attached to this Order.

      3.      The Trustee is hereby authorized to make such revisions as are necessary to the official claims register in this chapter 11 case or to any other any list or lists of parties for purposes of distributions to be made.

      4.      The Trustee, on behalf of the Trust, is authorized to wind up the affairs of the Trust with the Wind-Down Activities, notwithstanding the termination of the Trust. The failure to expressly list any particular task in the Motion necessary to wind down the affairs of

the Trust under the LTA shall not be deemed a limitation on action by the Trustee to take whatever acts the Trustee deems necessary to complete the dissolution of the Trust.

5. Upon dissolution of the Trust and the closing of its bank accounts, the Trust, the Trustee, and the Trust's professionals and attorneys, are hereby fully released and discharged of their duties and obligations in carrying out the terms of the Trust and have no further responsibilities in connection therewith, except as required to comply with the terms of this Order.

6. The Trustee is hereby authorized to take such actions or execute or file such documents as are necessary or appropriate to effectuate the provisions of this Order and the LTA.

7. The Trustee is hereby authorized to take such actions or execute or file such documents as are necessary or appropriate to effectuate the provisions of this Order and the Plan.

8. To the extent applicable, any stay imposed by the Bankruptcy Rules shall not apply.

9. Notwithstanding anything to the contrary, the terms and conditions of this this Order shall be immediately effective and enforceable upon its entry.

10. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# Schedule 1

DOCS_DE:222232.4 85481/003

| UNRETURNED TAX ID CREDITORS | UNRETURNED TAX ID CREDITORS |
|---|---|
| AARON SIMMONS | BURLINGTON COUNTY TIMES |
| ACADEMY FIRE PROTECTION | CAJUN AIR, INC. |
| ACCURATE STEAM CLEANING | CALIP DAIRIES |
| ACTIVE FIRE CONTROL | CARL A. FRITZ |
| ADT SECURITY SERVICES INC | CARLOS FIORETE |
| AFI FOODSERVICE, LLC | CASTLE POINT LANDSCAPE DESIGN |
| AL E GATORS INC | CENTRAL HUDSON GAS & ELEC CORP |
| ALBERT E CHRONE TRUST | CENTRAL MARYLAND ASSOC.INC. |
| ALC DEVELOPING INC DBA NYC FIRE CONTROL | CENTURY OFFICE PRODUCTS OFFICE PRODUCTS |
| ALFRED L FREGEAU | |
| ALPHA 3 LLC | CHAMBERLIN PLUMBING & HEATING |
| AMERICAN FIRE & SAFETY, INC | CHRISTINA LA ROCCO |
| American Fruit & Vegetable Co. Inc. | CHRISTOPHER HAIGHT/CLIMATE CARE LLC |
| AMERICAN HOME ASSURANCE COMPANY ET AL | CIT TECHNOLOGY FINANCING SERVICES INC |
| | CITY OF NEWNAN, GA |
| AMERICAN LEASING INC | CNI INC. |
| ANANIA PLUMBING | CNL APF PARTNERS, LP |
| ANDY RODENHISER PLBG & HTG INC | COLLINS, MARTIN |
| ANTONIO RAYMUNDO | COLUMBIA GAS OF PENNSYLVANIA |
| ARENT FOX LLP | CONSOLIDATED EDISON CO OF NEW YORK INC |
| ARSENAL MALL - 4916 BUGCR// | CONSTELLATION NEWENERGY INC |
| ASAP FIRE & SAFETY CORPORATION | CORNELIUS W DANIEL III BUCHTA EST |
| ASSOCIATED HEALTH FOUNDATION INC | CORNERSTONE DESIGN/BUILD SERVI |
| ATLANTA REFRIGERATION SERVICE | CORPORATE RESEARCH INTERNATIONAL |
| ATLANTA SPRINKLER INSPECTION COMPANY | COVERALL NORTH AMERICA |
| ATLANTIC PROFESSIONALS | COYLE REPRODUCTIONS, INC. |
| AUDREY PEPPI-DONALDSON | CRUNCHTIME INFORMATION SYSTEMS, INC. |
| BARBARA NADAF | CRYSTAL CLEAR & SONS |
| BELINDA YUCIS | CRYSTAL CLEAR & SONS, INC |
| BERKEL OF NEW YORK, INC. | CRYSTAL CLEAR BEER LINES |
| BERKHEIMER TAX ADMINISTRATOR | CULLIGAN |
| BERKMAN COMMUNICATIONS INC. | DANIELLE NICOLE BRUSCINO |
| BEVERLY BROWN / CUSTOM LASER & PRINTING | DEBBY TAIT |
| | DEBORAH BARTALINI |
| BLANK ROME LLP | DEDHAM WESTWOOD WATER DISTRICT |
| BLUEWATER HLD CORP | DELMAR ENTERPRISES INC. |
| BMW FINANCIAL SERVICES NA, LLC | DELMARVA POWER |
| BOLLIN LABEL SYSTEMS | DEPENDABLE LOCK SERVICE |
| BRAINTREE WATER AND SEWER | DIRECT ENERGY BUSINESS |
| BRENT BAZZANO | DIRECT ENERGY BUSINESS |
| BRIAN MANGAS | DIRECT MARKETING SERVICES |
| BRIAN VILLANOVA | |

| UNRETURNED TAX ID CREDITORS | UNRETURNED TAX ID CREDITORS |
|---|---|
| DIRK L. WESLEY | GOLDEN IMAGE SERVICES,LLC |
| DONNA DEMARCKY | GOLDEN ROTHSCHILD SPAGNOLA LUNDELL |
| DORNBUSH SCHAEFFER STRONGIN & VENAGLIA | GOLDEN-GLO CARPET CLEANERS |
| DOUGLAS CONTRACTING | GRAND LODGE KNIGHTS OF PYTHIAS |
| E&A NORTHEAST LIMITED PARTNERSHIP | GREEN GRACE INC |
| EAGLE SANITATION INC | GREGCOH LLC |
| EAST COAST FIRE & VENTILATION INC | GWINNETT CITY TAX COMM |
| ECONNERGY | HANG WANG |
| ELGE PLUMBING AND HEATING CO., INC. | HELIUM PLUS, LLC |
| ELITE PLUMBING & HEATING, INC. | HOLLY ANN STARR |
| ELIZABETHTOWN GAS | HOMETOWN CARPET CLEANING |
| ELLEN NEFF | HONG L. HUANG |
| ELLIS COFFEE COMPANY | HOWARD GOLDSTEIN |
| ELRAC LLC D/B/A ENTERPRISE FLEET | HOWARD REFRIGERATION & A/C CO |
| EMCON ASSOCIATES INC | HOWELL CONSTRUCTION LLC |
| EMPIRE ACQUISITION & MANAGEMENT LLC | HUDSON AWNING & SIGN CO. INC. |
| ENGLISH ASSOCIATES | I. RUGGIERI PHOTOGRAPHY, INC. |
| ENVIRONMENTAL BIOTECH OF BOSTON | IDEAS TO GO INC. |
| ERIC PRESTEL | INLAND WESTERN PLYMOUTH 5 LLC |
| ERIC VELEZ | INSTALL "A" LOCK |
| ESS INC AND AFFILIATES | ISLAND OASIS FROZEN COCKTAIL COMPANY INC |
| ESTATE OF BUCHTA/CHARLES BUCHTA/ | J&J AIR CONDITIONING & REFRIGERATION LLC |
| ESTATE OF DIANA I ARNOTE | JACKSON LEWIS LLP |
| ESTATE OF JACK RABIN | JAMES PICOZZI |
| EVA A. WHITNEY | JANET WEBER |
| FISHBOWL INC | JAN-PRO OF CENTRAL NJ |
| FIXITUSA | JBRADFORD STAHLE |
| FORGE OF TENAFLY REAL ESTATE ASSOC LLC | JEFFREY MOYER |
| FRAN KENNEDY COFFEE CO. | JEN-TEC CONTRACTING |
| FRANCES CACACE & EDWARD CACACE | JENNIFER LYNN DOAN |
| FULTON COUNTY TAX COMMISSIONER | |
| G & G COMMERCIAL SYSTEMS | JERSEY CENTRAL POWER & LIGHT |
| GDF SUEZ ENERGY RESOURCES | JIM DEMERS/COMMERCIAL EQUIP REPAIR INC |
| GEORGE E MCCARTHY JR & KIMBERLY M | JINNI ROCK BAILEY |
| GEORGE E MCCARTHY JR | JOAN JACKSON |
| GEORGE J SCHAEFER IV | JON TREVILLYAN - BETHANY ASSOCIATES |
| GLOBAL UNIFORM CO., INC | JOLT ELECTRIC & OIL BURNER |
| GLOBE NEWSPAPER CO INC DBA BOSTON GLOBE | JOO, KAY |
| GOCA CLEANING SERVICE | JOSEPH D SALVIA |

| UNRETURNED TAX ID CREDITORS | UNRETURNED TAX ID CREDITORS |
|---|---|
| JOSEPH CARMEN MORELLA | NASHUA WASTE |
| JOSEPHINE ANNA BARNETT | NATIONAL COMMUNICATIONS INC. |
| JOY LINNARTZ | NATIONAL RETAIL PROPERTIES LP |
| JOYCE JACOBSON | NELLIGAN SPORTS MARKETING INC |
| KATHARINE S. REINA | NELMAR |
| KEYSPAN GAS EAST CORP DBA NATIONAL GRID | NEW JERSEY AMERICAN WATER COMPANY |
| KIRK ANTHONY SCHWARTZ | NEW YORK STATE WORKERS' COMP BOARD |
| KOHLBERG CAPITAL CORPORATION | NICHOLAS BILOTTA |
| LARRY KIMBALL | NICKOLAS BOUZOS |
| LAW OFFICE OF NORMAN A. DOYLE, JR. | NORTH EAST LINEN SUPPLY CO |
| LEGALINK, INC | NORTH JERSEY MEDIA GROUP INC. |
| LEONARD T & ETTA LA VECCHIO | NORTHEAST ENVIRONMENTAL TESTING LAB INC |
| LIBERTY MUTUAL INSURANCE COMPANY | NORTHSHORE MALL - 4923 BUGCR// |
| LINDA BEYE | NSTAR GAS |
| LINGO INC DBA TOOTERS PROMOTIONS | OAKLEAF WASTE MGMT |
| LMI ELECTRICAL CONTRACTORS, INC. | OCEAN TENTS AND PARTY RENTALS |
| LONG ISLAND REPAIR CO INC | OILMATIC SYSTEMS LLC |
| LORRAINE M. ABAJIAN | O'KANE-FILARCA-NORTHRIDGE LLC ET AL |
| LYNK SOFTWARE INC | OMEGA PSI PHI FRATERNITY |
| MACIEJ MALINOWSKI | OSCAR'S LLC |
| MACNEIL GLASS CO INC | OXFORD VALLEY MALL - 7707 CHABR// |
| MARCIO FRAGA | PAIGE COMPANY CONTAINERS, INC. |
| MARRA CARPET CLEANING | PALACE LAUNDRY/ DBA/LINENS OF THE WEEK |
| MARTHA ARENAS | PARISEAU ELECTRIC, INC |
| MBK INVESTMENTS, LLC | PAULA & BARRY BOULDEN |
| MCADAMS GROUP | PENNICHUCK |
| MEADOWBROOK DISTRIBUTING COMPANY | PETER HINES |
| METROPOLITAN EDISON COMPANY | PETER M. SIRKIN |
| MEYERS RODBELL & ROSENBAUM | PFG MILTONS, INC. |
| MICHAEL F BURNS | PHILADELPHIA MEDIA NETWORK |
| MICHAEL HAMPAR | PHYLLIS BUCKNER & RAY BUCKNER |
| MICHAEL RABINOWITZ | PICKARD, JOHN |
| MICROWAVE ATLANTA | PITNEY BOWES GLOBAL FINANCIAL SERVICES |
| MIDDLESEX WATER COMPANY | PITNEY BOWES INCORPORATED |
| MID-STATE APPLIANCE SERVICE COMPANY | PLAZA AT BUCKLAND HILLS LLC 0728 BUGCR// |
| MILESTONE TOWING | PRICEWATERHOUSECOOPERS LLP |
| MONROE COUNTY WATER AUTHORITY | QWEST COMMUNICATIONS COMPANY LLC |
| MRD SERVICES | R.M. FLAGG COMPANY |
| MUZAK LLC | RARE HOSPITALITY HOLDINGS LLC |
| NAFCO WHOLESALE FISH DEALERS | RICHMOND PLUMBING |

| UNRETURNED TAX ID CREDITORS | UNRETURNED TAX ID CREDITORS |
|---|---|
| ROBERT CLARK | THE STERITECH GROUP, INC. |
| ROBERT M. MIRANDA | TOM WEBBER |
| RODRIGO FRAGA | TONY'S GLASSWORKS |
| ROSALIND LAWRENCE | TOWN OF BURLINGTON |
| ROYAL FLUSH PLUMBING INC | TOWN OF SEEKONK |
| RSTL INC | TRI-STAR MECHANICAL |
| RUTH HANDLER | TRI-STATE ASPHALTINC. |
| RYAN KELSO | UNIFIRST CORPORATION |
| SAMANTHA E. LUSCOMBE | UNIQUE HOME REMODELING LLC |
| SAMUEL & SONS | VALLEY NATIONAL GASES |
| SAXONY EQUIPMENT DISTRIBUTORS | VAULTLOGIX |
| SCALA, JOHN | VERIZON WIRELESS |
| SCI COBB PLACE FUND LLC | VERIZON |
| SERF N TURF INC | VILLADOM TIMES |
| SHAUN KUCZEK | VISUAL IDENTITY GROUP INC |
| SHU MIN CHEN | WALTER W MOORE |
| SIMPLEXGRINNELL LP | WATERPART LLC |
| SITE IMPROVEMENTS INC. , | WESTBURY FISH CO |
| SMART BUSINESS ADVISORY & CONSULTING LLC | WILLIAM GROVE |
| SMITHTOWN VENTURE LIMITED LIABILITY COMP | WIND RIVER ENVIRONMENTAL LLC |
| SOBIESKI, MICHAEL | WOODCOCK REFRIGERATION INC. |
| SPECIALTY LIGHTING & RECYCLING INC | YAHOO! INC. |
| SPEEDY, SEWER, DRAIN | YORKTOWN INSERT CORP |
| SPRINGDALE ENTERPRISES LTD PARTNERSHIP | |
| SPRINGFIELD SQUARE SOUTH, L.P. | |
| STATE OF NEW JERSEY | |
| STEPHENS CONSTRUCTION & CARPENTRY INC | |
| STEVE MCCRORY | |
| STEVEN LEVY- FLASHBACK INC. | |
| SUFFOLK COUNTY WATER AUTHORITY | |
| SUFFOLK LOCK & SECURITY | |
| T & B ROYAL REPAIRS | |
| TALL TIMBERS DEVELOPMENT | |
| TALX UC EXPRESS | |
| TALX | |
| TAPPAN REALTY COMPANY | |
| TECO ELECTRIC COMPANY | |
| TED E BEARS INC | |
| THE CONNECTICUT LIGHT AND POWER COMPANY | |