# EXHIBIT B

**Blackline**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CB Holding Corp., et al.[1] | ) | Case No. 10-13683 (MFW) |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING MOTION FOR ORDER: (A) EXCUSING NEED TO MAKE DISTRIBUTIONS FOR CLAIMANTS WITHOUT TAXPAYER IDENTIFICATION NUMBERS AND PROVIDING THAT SUCH CLAIMANTS HAVE FORFEITED RIGHTS TO ANY DISTRIBUTIONS; AND (B) APPROVING RELATED WIND DOWN RELIEF REGARDING LIQUIDATING TRUST**

Upon consideration of the motion (the "Motion")[2] of Deloitte Financial Advisory Services LLP, the Liquidating Trustee (the "Trustee") for the CB Holding Corp. Liquidating Trust (the "Trust") established under the confirmed chapter 11 plan in the above-captioned case of the above-captioned debtors (collectively, the "Debtors"), for entry of an order (this "Order"): (a) that any Unreturned Tax ID Creditors (as defined in the Motion) listed on Schedule 1 attached to this Order that have not provided requested taxpayer identification numbers shall be deemed to forfeit any rights to a distribution under the Plan or from the Trust and providing that the Trustee is excused from making any distributions to the Unreturned Tax ID Creditors; and (b) approving related relief regarding certain Wind-Down Activities of the Trust, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, and Article XII of the Plan; and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that this proceeding is a core proceeding pursuant to

---

[1] The Debtor's former address was 1450 Route 22 West, Mountainside, NJ 07092. The chapter 11 case of Debtor CB Holding Corp. is the surviving open case. The Debtor's related debtor affiliates were previously closed by order of the Court.

[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion.

28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that due and proper notice of the Motion having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, the Trust, the estate, creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT**:**

  1. The Motion is GRANTED.

  2. The Unreturned Tax ID Creditors listed on Schedule 1 attached to this Order shall not be entitled to any distributions in this chapter 11 case and any distributions to the Unreturned Tax ID Creditors listed on Schedule 1 are deemed forfeited, except to the extent that any governmental entities on Schedule 1 are not required by law to have a taxpayer identification number and except to the extent that the Trustee determines that a taxpayer identification form is not needed from a particular Unreturned Tax ID Creditor, including, but not limited to, for IRS reporting purposes. The Trustee is hereby excused from making any distributions under the Plan or Trust to the Unreturned Tax ID Creditors listed on Schedule 1 attached to this Order.

  3. The Trustee is hereby authorized to make such revisions as are necessary to the official claims register in this chapter 11 case or to any other any list or lists of parties for purposes of distributions to be made.

  4. The Trustee, on behalf of the Trust, is authorized to wind up the affairs of the Trust with the Wind-Down Activities, notwithstanding the termination of the Trust. The failure to expressly list any particular task in the Motion necessary to wind down the affairs of the

Trust under the LTA shall not be deemed a limitation on action by the Trustee to take whatever acts the Trustee deems necessary to complete the dissolution of the Trust.

5. Upon dissolution of the Trust and the closing of its bank accounts, the Trust, the Trustee, and the Trust's professionals and attorneys, are hereby fully released and discharged of their duties and obligations in carrying out the terms of the Trust and have no further responsibilities in connection therewith, except as required to comply with the terms of this Order.

6. The Trustee is hereby authorized to take such actions or execute or file such documents as are necessary or appropriate to effectuate the provisions of this Order and the LTA.

7. The Trustee is hereby authorized to take such actions or execute or file such documents as are necessary or appropriate to effectuate the provisions of this Order and the Plan.

8. To the extent applicable, any stay imposed by the Bankruptcy Rules shall not apply.

9. Notwithstanding anything to the contrary, the terms and conditions of this this Order shall be immediately effective and enforceable upon its entry.

10. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2019  _____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

Document comparison by Workshare 9 on Wednesday, January 23, 2019 1:20:15 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://DOCS_DE/222325/2 |
| Description | DOCS_DE-#222325-v2-CB_Holding_-_Motion_re_Unreturned_Tax_ID_Claimants |
| Document 2 ID | PowerDocs://DOCS_DE/222325/3 |
| Description | DOCS_DE-#222325-v3-CB_Holding_-_Motion_re_Unreturned_Tax_ID_Claimants |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 3 |
| Deletions | 3 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |

| Total changes | 6 |
|---|---|

# **Schedule 1**

| UNRETURNED TAX ID CREDITORS | UNRETURNED TAX ID CREDITORS |
|---|---|
| ~~850 PROVIDENCE HWY ASSOC LP~~ | BRENT BAZZANO |
| AARON SIMMONS | BRIAN MANGAS |
| ACADEMY FIRE PROTECTION | BRIAN VILLANOVA |
| ACCURATE STEAM CLEANING | BURLINGTON COUNTY TIMES |
| ACTIVE FIRE CONTROL | CAJUN AIR, INC. |
| ADT SECURITY SERVICES INC | CALIP DAIRIES |
| AFI FOODSERVICE, LLC | ~~CAMHZN MASTER LDC~~ |
| ~~AJ IMAGES INC~~ | ~~CAMOFI MASTER LDC & CAMHZN MASTER LDC~~ |
| AL E GATORS INC | CARL A. FRITZ |
| ALBERT E CHRONE TRUST | CARLOS FIORETE |
| ALC DEVELOPING INC DBA NYC FIRE CONTROL | CASTLE POINT LANDSCAPE DESIGN |
| ALFRED L FREGEAU | CENTRAL HUDSON GAS & ELEC CORP |
| ALPHA 3 LLC | CENTRAL MARYLAND ASSOC.INC. |
| AMERICAN FIRE & SAFETY, INC | CENTURY OFFICE PRODUCTS OFFICE PRODUCTS |
| American Fruit & Vegetable Co. Inc. | CHAMBERLIN PLUMBING & HEATING |
| AMERICAN HOME ASSURANCE COMPANY ET AL | CHRISTINA LA ROCCO |
| AMERICAN LEASING INC | CHRISTOPHER HAIGHT/CLIMATE CARE LLC |
| ANANIA PLUMBING | CIT TECHNOLOGY FINANCING SERVICES INC |
| ANDY RODENHISER PLBG & HTG INC | CITY OF NEWNAN, GA |
| ANTONIO RAYMUNDO | ~~CITY OF PHILADELPHIA~~ |
| ~~ARCHER CAPITAL FUND~~ | CNI INC. |
| ARENT FOX LLP | CNL APF PARTNERS, LP |
| ARSENAL MALL - 4916 BUGCR// | COLLINS, MARTIN |
| ASAP FIRE & SAFETY CORPORATION | COLUMBIA GAS OF PENNSYLVANIA |
| ASSOCIATED HEALTH FOUNDATION INC | CONSOLIDATED EDISON CO OF NEW YORK INC |
| ATLANTA REFRIGERATION SERVICE | CONSTELLATION NEWENERGY INC |
| ATLANTA SPRINKLER INSPECTION COMPANY | CORNELIUS W DANIEL III BUCHTA EST |
| ATLANTIC PROFESSIONALS | CORNERSTONE DESIGN/BUILD SERVI |
| AUDREY PEPPI-DONALDSON | CORPORATE RESEARCH INTERNATIONAL |
| BARBARA NADAF | COVERALL NORTH AMERICA |
| BELINDA YUCIS | COYLE REPRODUCTIONS, INC. |
| BERKEL OF NEW YORK, INC. | CRUNCHTIME INFORMATION SYSTEMS, INC. |
| BERKHEIMER TAX ADMINISTRATOR | CRYSTAL CLEAR & SONS |
| BERKMAN COMMUNICATIONS INC. | CRYSTAL CLEAR & SONS, INC |
| BEVERLY BROWN / CUSTOM LASER & PRINTING | CRYSTAL CLEAR BEER LINES |
| BLANK ROME LLP | CULLIGAN |
| BLUEWATER HLD CORP | DANIELLE NICOLE BRUSCINO |
| BMW FINANCIAL SERVICES NA, LLC | DEBBY TAIT |
| BOLLIN LABEL SYSTEMS | DEBORAH BARTALINI |
| BRAINTREE WATER AND SEWER | |

Schedule 1

Unreturned Tax ID Creditors

| UNRETURNED TAX ID CREDITORS | UNRETURNED TAX ID CREDITORS |
|---|---|
| ~~DEBORAH ROSARIO SHAW~~ | FRAN KENNEDY COFFEE CO. |
| DEDHAM WESTWOOD WATER DISTRICT | FRANCES CACACE & EDWARD CACACE |
| DELMAR ENTERPRISES INC. | FULTON COUNTY TAX COMMISSIONER |
| DELMARVA POWER | G & G COMMERCIAL SYSTEMS |
| DEPENDABLE LOCK SERVICE | GDF SUEZ ENERGY RESOURCES |
| DIRECT ENERGY BUSINESS | GEORGE E MCCARTHY JR & KIMBERLY M |
| DIRECT ENERGY BUSINESS | GEORGE E MCCARTHY JR |
| DIRECT MARKETING SERVICES | GEORGE J SCHAEFER IV |
| DIRK L. WESLEY | ~~GISELLE BROWN REALTY LLC~~ |
| DONNA DEMARCKY | GLOBAL UNIFORM CO., INC |
| DORNBUSH SCHAEFFER STRONGIN & VENAGLIA | GLOBE NEWSPAPER CO INC DBA BOSTON GLOBE |
| DOUGLAS CONTRACTING | GOCA CLEANING SERVICE |
| E&A NORTHEAST LIMITED PARTNERSHIP | GOLDEN IMAGE SERVICES,LLC |
| EAGLE SANITATION INC | GOLDEN ROTHSCHILD SPAGNOLA LUNDELL |
| EAST COAST FIRE & VENTILATION INC | GOLDEN-GLO CARPET CLEANERS |
| ECONNERGY | GRAND LODGE KNIGHTS OF PYTHIAS |
| ELGE PLUMBING AND HEATING CO., INC. | ~~GRANITE TELECOMMUNICATIONS LLC~~ |
| ELITE PLUMBING & HEATING, INC. | GREEN GRACE INC |
| ELIZABETHTOWN GAS | GREGCOH LLC |
| ELLEN NEFF | GWINNETT CITY TAX COMM |
| ELLIS COFFEE COMPANY | HANG WANG |
| ELRAC LLC D/B/A ENTERPRISE FLEET | HELIUM PLUS, LLC |
| EMCON ASSOCIATES INC | HOLLY ANN STARR |
| EMPIRE ACQUISITION & MANAGEMENT LLC | HOMETOWN CARPET CLEANING |
| ENGLISH ASSOCIATES | HONG L. HUANG |
| ENVIRONMENTAL BIOTECH OF BOSTON | HOWARD GOLDSTEIN |
| ERIC PRESTEL | HOWARD REFRIGERATION  & A/C CO |
| ERIC VELEZ | HOWELL CONSTRUCTION LLC |
| ESS INC AND AFFILIATES | HUDSON AWNING & SIGN CO. INC. |
| ESTATE OF BUCHTA/CHARLES BUCHTA/ | I. RUGGIERI PHOTOGRAPHY, INC. |
| ESTATE OF DIANA I ARNOTE | IDEAS TO GO INC. |
| ESTATE OF JACK RABIN | INLAND WESTERN PLYMOUTH 5 LLC |
| EVA A. WHITNEY | INSTALL "A" LOCK |
| FISHBOWL INC | ISLAND OASIS FROZEN COCKTAIL COMPANY INC |
| FIXITUSA | J&J AIR CONDITIONING & REFRIGERATION LLC |
| ~~FOOD EQUIPMENT SERVICE~~ | JACKSON LEWIS LLP |
| ~~FOOD SAFETY SPECIALTIES INC~~ | JAMES PICOZZI |
| ~~FOREST CITY COMMERCIAL MANAGEMENT INC~~ | JANET WEBER |
| FORGE OF TENAFLY REAL ESTATE ASSOC LLC | JAN-PRO OF CENTRAL NJ |

2

DOCS_DE:~~222232.3~~222232.4 85481/003

Schedule 1

Unreturned Tax ID Creditors

| UNRETURNED TAX ID CREDITORS | UNRETURNED TAX ID CREDITORS |
|---|---|
| ~~JAYSON WEISSENBURGER~~ | MARCIO FRAGA |
| JBRADFORD STAHLE | ~~MARK ROADARMEL ELECTRICAL CONTRACTOR LLC~~ |
| JEFFREY MOYER | MARRA CARPET CLEANING |
| JEN-TEC CONTRACTING | MARTHA ARENAS |
| JENNIFER LYNN DOAN | MBK INVESTMENTS, LLC |
| | MCADAMS GROUP |
| JERSEY CENTRAL POWER & LIGHT | MEADOWBROOK DISTRIBUTING COMPANY |
| JIM DEMERS/COMMERCIAL EQUIP REPAIR INC | METROPOLITAN EDISON COMPANY |
| JINNI ROCK BAILEY | MEYERS RODBELL & ROSENBAUM |
| JOAN JACKSON | MICHAEL F BURNS |
| JON TREVILLYAN - BETHANY ASSOCIATES | MICHAEL HAMPAR |
| JOLT ELECTRIC & OIL BURNER | MICHAEL RABINOWITZ |
| JOO, KAY | MICROWAVE ATLANTA |
| JOSEPH D SALVIA | MIDDLESEX WATER COMPANY |
| JOSEPH CARMEN MORELLA | MID-STATE APPLIANCE SERVICE COMPANY |
| ~~JOSEPH RICCOBONO~~ | MILESTONE TOWING |
| JOSEPHINE ANNA BARNETT | MONROE COUNTY WATER AUTHORITY |
| JOY LINNARTZ | MRD SERVICES |
| JOYCE JACOBSON | MUZAK LLC |
| KATHARINE S. REINA | NAFCO WHOLESALE FISH DEALERS |
| ~~KATHLEEN KWELTY & JOSEPH KWELTY H/W~~ | NASHUA WASTE |
| KEYSPAN GAS EAST CORP DBA NATIONAL GRID | NATIONAL COMMUNICATIONS INC. |
| KIRK ANTHONY SCHWARTZ | NATIONAL RETAIL PROPERTIES LP |
| KOHLBERG CAPITAL CORPORATION | NELLIGAN SPORTS MARKETING INC |
| LARRY KIMBALL | NELMAR |
| LAW OFFICE OF NORMAN A. DOYLE, JR. | NEW JERSEY AMERICAN WATER COMPANY |
| LEGALINK, INC | ~~NEW WESTGATE MALL, LLC~~ |
| LEONARD T & ETTA LA VECCHIO | NEW YORK STATE WORKERS' COMP BOARD |
| LIBERTY MUTUAL INSURANCE COMPANY | NICHOLAS BILOTTA |
| LINDA BEYE | NICKOLAS BOUZOS |
| LINGO INC DBA TOOTERS PROMOTIONS | NORTH EAST LINEN SUPPLY CO |
| ~~LITTLE BAY LOBSTER~~ | NORTH JERSEY MEDIA GROUP INC. |
| LMI ELECTRICAL CONTRACTORS, INC. | NORTHEAST ENVIRONMENTAL TESTING LAB INC |
| LONG ISLAND REPAIR CO INC | NORTHSHORE MALL - 4923 BUGCR// |
| LORRAINE M. ABAJIAN | NSTAR GAS |
| ~~LOUGHLIN PROPERTIES, LLC~~ | OAKLEAF WASTE MGMT |
| LYNK SOFTWARE INC | OCEAN TENTS AND PARTY RENTALS |
| MACIEJ MALINOWSKI | OILMATIC SYSTEMS LLC |
| MACNEIL GLASS CO INC | O'KANE-FILARCA-NORTHRIDGE LLC ET AL |

Unreturned Tax ID Creditors

| UNRETURNED TAX ID CREDITORS | UNRETURNED TAX ID CREDITORS |
|---|---|
| OMEGA PSI PHI FRATERNITY | SAMUEL & SONS |
| OSCAR'S LLC | ~~SANDRA SCUDDER~~ |
| OXFORD VALLEY MALL - 7707 CHABR// | SAXONY EQUIPMENT DISTRIBUTORS |
| ~~PADUANO & WEINTRAUB LLP~~ | SCALA, JOHN |
| PAIGE COMPANY CONTAINERS, INC. | SCI COBB PLACE FUND LLC |
| PALACE LAUNDRY/ DBA/LINENS OF THE WEEK | ~~SCOTT HOEZ PLUMBING~~ |
| PARISEAU ELECTRIC, INC | SERF N TURF INC |
| ~~PATCO REALTY SOUTH, LLC~~ | SHAUN KUCZEK |
| ~~PAUL SCHMIDT ENTERPRISES~~ | SHU MIN CHEN |
| PAULA & BARRY BOULDEN | SIMPLEXGRINNELL LP |
| PENNICHUCK | SITE IMPROVEMENTS INC. , |
| PETER HINES | SMART BUSINESS ADVISORY & CONSULTING LLC |
| PETER M. SIRKIN | SMITHTOWN VENTURE LIMITED LIABILITY COMP |
| PFG MILTONS, INC. | |
| PHILADELPHIA MEDIA NETWORK | SOBIESKI, MICHAEL |
| PHYLLIS BUCKNER & RAY BUCKNER | SPECIALTY LIGHTING & RECYCLING INC |
| PICKARD, JOHN | SPEEDY, SEWER, DRAIN |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES | SPRINGDALE ENTERPRISES LTD PARTNERSHIP |
| PITNEY BOWES INCORPORATED | SPRINGFIELD SQUARE SOUTH, L.P. |
| PLAZA AT BUCKLAND HILLS LLC 0728 BUGCR// | ~~STANDING OVATIONS~~ |
| PRICEWATERHOUSECOOPERS LLP | STATE OF NEW JERSEY |
| ~~PRONTO REPAIRS, INC.~~ | ~~STEPHEN MARIORENZI~~ |
| ~~PUBLIC SERVICE OF NEW HAMPSHIRE~~ | STEPHENS CONSTRUCTION & CARPENTRY INC |
| QWEST COMMUNICATIONS COMPANY LLC | STEVE MCCRORY |
| R.M. FLAGG COMPANY | STEVEN LEVY- FLASHBACK INC. |
| ~~RAGGS SEPTIC SERVICE INC~~ | SUFFOLK COUNTY WATER AUTHORITY |
| RARE HOSPITALITY HOLDINGS LLC | SUFFOLK LOCK & SECURITY |
| RICHMOND PLUMBING | ~~SYSCO ATLANTA LLC~~ |
| ROBERT CLARK | ~~SYSCO BOSTON LLC~~ |
| ROBERT M. MIRANDA | T & B ROYAL REPAIRS |
| ~~ROCHESTER GAS & ELECTRIC~~ | TALL TIMBERS DEVELOPMENT |
| RODRIGO FRAGA | TALX UC EXPRESS |
| ~~ROSA THORPE~~ | TALX |
| ROSALIND LAWRENCE | TAPPAN REALTY COMPANY |
| ~~ROSARIO NICASTRO~~ | TECO ELECTRIC COMPANY |
| ROYAL FLUSH PLUMBING INC | TED E BEARS INC |
| RSTL INC | THE CONNECTICUT LIGHT AND POWER COMPANY |
| RUTH HANDLER | |
| RYAN KELSO | THE STERITECH GROUP, INC. |
| SAMANTHA E. LUSCOMBE | TOM WEBBER |
| | TONY'S GLASSWORKS |

Schedule 1

Unreturned Tax ID Creditors

| UNRETURNED TAX ID CREDITORS |
| --- |
| TOWN OF BURLINGTON |
| TOWN OF SEEKONK |
| TRI-STAR MECHANICAL |
| TRI-STATE ASPHALTINC. |
| UNIFIRST CORPORATION |
| UNIQUE HOME REMODELING LLC |
| VALLEY NATIONAL GASES |
| VAULTLOGIX |
| VERIZON WIRELESS |
| VERIZON |
| VILLADOM TIMES |
| VISUAL IDENTITY GROUP INC |
| WALTER W MOORE |
| WATERPART LLC |
| ~~WEBER LANDSCAPE MANAGEMENT~~ |
| WESTBURY FISH CO |
| WILLIAM GROVE |
| WIND RIVER ENVIRONMENTAL LLC |
| WOODCOCK REFRIGERATION INC. |
| YAHOO! INC. |
| YORKTOWN INSERT CORP |

Document comparison by Workshare 9 on Wednesday, January 23, 2019 1:21:35 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://DOCS_DE/222232/3 |
| Description | DOCS_DE-#222232-v3-CB_Holding_-_Schedule_of_Unreturned_Tax_ID_Claimants |
| Document 2 ID | PowerDocs://DOCS_DE/222232/4 |
| Description | DOCS_DE-#222232-v4-CB_Holding_-_Schedule_of_Unreturned_Tax_ID_Claimants |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 6 |
| Deletions | 41 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |

| Total changes | 47 |
|---|---|